UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKA MILLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAVEL GUARD GROUP, INC., et al.,<br><br>    Defendants. | Case No.  21-cv-09751-TLT   (JCS)<br><br>**ORDER RE JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 74 |

The parties have submitted a joint discovery letter addressing a dispute about redactions in Defendants' March 31, 2023 production of documents, which Plaintiff contends are unjustified in light of the protective order in this case. Plaintiff asks the Court to order that the documents be produced without redactions. Defendants oppose Plaintiff's request but propose as a compromise the removal of redactions for financial information unrelated to Defendants' assistance services. The Court GRANTS Plaintiff's request in part.

"Courts have recognized that relevance-based redactions are disfavored, because they 'breed suspicions, and they may deprive the reader of context.'" *Wellin v. Wellin*, No. 2:13-CV-1831-DCN, 2015 WL 5781383, at *5 (D.S.C. Sept. 30, 2015) (quoting *In re State St. Bank & Trust Co. Fixed Income Funds Inv. Litig.*, 2009 WL 1026013, at *1 (S.D.N.Y. Apr. 8, 2009)). "Redactions are especially discouraged in cases where . . . a confidentiality order exists that renders the redactions unnecessary." *Id.* Courts have found, however, that while disfavored, "redaction of irrelevant and non-responsive material that is highly sensitive and would result in substantial irrevocable prejudice if revealed publicly or to a party's competitors . . . can be appropriate in some circumstances even with a protective order." *In Re Nat'l Football Leagues*, No. 15ML02668PSGJEMX, 2022 WL 1782556, at *2 (C.D. Cal. Feb. 1, 2022).

The Court finds that Defendants' conclusory statements regarding the sensitivity of the redacted material are insufficient to establish that the protective order in this case will not adequately protect them from the dangers of disclosure.  Therefore, Defendants shall produce to Plaintiff all of the documents that are the subject of this dispute in unredacted form, with the following limitation:  To the extent the redacted material is considered confidential by a third party *and* there is a contractual non-disclosure agreement between any defendant and a third party that covers that material, redaction may be justified.  Therefore, Defendants may redact such material but shall provide a complete log of these redactions that identifies the specific contractual provision on which each redaction is based.  This Order does not preclude Plaintiff from challenging any redaction claimed on this basis. The documents and redaction log shall be produced to Plaintiff by **May 19, 2023.**

**IT IS SO ORDERED.**

Dated:  May 12, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge