# EXHIBIT FILED UNDER SEAL