1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  ERIC A. ORMSBY (S.B. #316956)
   eormsby@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
5  Facsimile:    +1 415 984 8701

6  *Attorneys for Defendants Travel Guard Group, Inc.,
   AIG Travel, Inc., and National Union Fire Insurance
7  Company of Pittsburgh, PA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TAMIKA MILLER and JULIANNE CHUANROONG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-09751-TLT<br><br>**JOINT STATEMENT, STIPULATION, AND [PROPOSED] ORDER CHANGING TIME TO FILE RESPONSIVE PLEADING (L.R. 6-2)** |

Pursuant to Section 16 of the Standing Order for Civil Cases Before District Judge Trina L. Thompson, and Civil Local Rule 6-2, Defendants and proposed intervenors Michael Martin and Robert Lawton ("Proposed Intervenors"), by and through their respective undersigned counsel, request and stipulate to an extension of the schedule for briefing on the Motion to Intervene (ECF No. 82, "Motion"), for good cause, as set forth below.

Proposed Intervenors' Motion was served on June 23, 2023, the same day as Plaintiffs motion for class certification. On the same day, the Court set the hearing on Proposed Intervenors' Motion for September 26, 2023, three weeks after the current date for the class certification hearing. In light of that extended hearing schedule, as well as the practical difficulty in completing document productions and depositions for Proposed Intervenors in time for Defendants' opposition to the Motion, the parties have jointly conferred and agreed that the current briefing schedule for Proposed Intervenors' Motion should be extended as follows: Defendants' opposition to Proposed Intervenors' Motion shall be due August 18, 2023 and Proposed Intervenors' reply shall be due September 4, 2023. The parties believe that proposed schedule best serves the interests of judicial efficiency by permitting adequate time for Defendants to conduct discovery of the Proposed Intervenors. Accordingly, the parties request that the briefing schedule be extended as agreed by the parties.

This is the parties' first request to modify briefing schedule on Proposed Intervenors' Motion in this case and good cause exists for the modification for the reasons identified above.

**PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:**

The deadlines for briefing on Proposed Intervenors' Motion shall be extended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' opposition due | July 7, 2023 | August 18, 2023 |
| Proposed Intervenors' reply due | July 14, 2023 | September 4, 2023 |
| Hearing on Proposed Intervenors' Motion | September 26, 2023 at 2:00 p.m. | Unchanged |

The requested modifications will not affect any other case deadlines or dates.

**STIPULATED AND AGREED:**

DATED:  July 5, 2023

| | |
|---|---|
| *s/ Rajiv V. Thairani* | *s/ Eric A. Ormsby* |
| **GUTRIDE SAFIER LLP** | **O'MELVENY & MYERS LLP** |
| SETH A. SAFIER (SBN: 197427) | Matthew D. Powers (State Bar No. 212682) |
| RAJIV V. THAIRANI (SBN. 344390) | mpowers@omm.com |
| 100 Pine Street, Suite 1250 | Eric A. Ormsby (State Bar No. 316956) |
| San Francisco, CA 94111 | eormsby@omm.com |
| Telephone: (415) 336-6545 | 2 Embarcadero Center, 28th FL |
| Facsimile: (415) 449-6469 | San Francisco, CA 94111 |
| | Telephone:  415-984-8700 |
| STEPHEN M. RAAB (pro hac vice) | Facsimile:   415-984-8701 |
| stephen@gutridesafier.com | |
| 305 Broadway, 7th Floor | Attorneys for Defendants |
| New York, NY 10007 | |
| Telephone: (415) 639-9090 x109 | |
| | |
| Attorneys for Plaintiffs | |

### ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Eric A. Ormsby, attest that concurrence in the filing of this JOINT STATEMENT, STIPULATION, AND [PROPOSED] ORDER CHANGING TIME TO FILE RESPONSIVE PLEADING has been obtained from Rajiv Thairani.

Dated:  July 5, 2023                              O'MELVENY & MYERS LLP

By:  */s/ Eric A. Ormsby*
          Eric A. Ormsby

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____

TRINA L. THOMPSON
United States District Judge