MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
ERIC A. ORMSBY (S.B. #316956)
eormsby@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants Travel Guard Group, Inc., AIG Travel, Inc., and National Union Fire Insurance Company of Pittsburgh, PA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

TAMIKA MILLER and JULIANNE CHUANROONG, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Defendants.

Case No. 3:21-cv-09751-TLT

**DECLARATION OF MATTHEW D. POWERS IN SUPPORT OF DEFENDANTS TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S OPPOSITION TO CLASS CERTIFICATION**

**DECLARATION OF MATTHEW D. POWERS**

I, Matthew D. Powers, hereby declare and state as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel of record for Defendants Travel Guard Group, Inc., AIG Travel, Inc., and National Union Fire Insurance Company of Pittsburgh, PA. ("AIG Travel") in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and, if called to testify thereto, could and would do so competently and truthfully.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of J. Michael Dennis, taken on July 14, 2023 in the above-captioned case ("Dennis Dep.").

3. Attached as Exhibit 2 is a true and correct copy of the July 26, 2023 expert report of Sarah Butler.

4. Attached as Exhibit 3 is a true and correct copy of the July 26, 2023 expert report of Lorin M. Hitt.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Gregory M. Fanoe, taken on July 18, 2023 in the above-captioned case ("Fanoe Dep.").

6. Attached as Exhibit 5 is a true and correct copy of the July 26, 2023 expert report of Robert E. Hoyt, PhD.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Joe Tritz, taken on May 12, 2023 in the above-captioned case ("Tritz Dep.").

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Robert Gallagher, taken on May 18, 2023 in the above-captioned case ("Gallagher Dep.").

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of James Page, taken on May 9, 2023 in the above-captioned case ("Page Dep.").

10. Attached as Exhibit 9 is a true and correct copy of an excerpt from Defendants' July 13, 2022, Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories

showing Defendants' response to Interrogatory No. 13.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Julianne Chuanroong, taken on June 6, 2023 in the above-captioned case ("Chuanroong Dep.").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of July, 2023, at San Francisco, California.

Matthew D. Powers