MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
ERIC A. ORMSBY (S.B. #316956)
eormsby@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants Travel Guard Group, Inc., AIG Travel, Inc., and National Union Fire Insurance Company of Pittsburgh, PA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

TAMIKA MILLER and JULIANNE CHUANROONG, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Defendants.

Case No. 3:21-cv-09751-TLT

**DECLARATION OF JAMES PAGE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, James Page, declare as follows:

1. I am Senior Vice President and Chief Administrative Officer at AIG Travel, Inc. ("AIG Travel"). I have been employed by AIG Travel, Inc. since 2000. I have personal knowledge about the organization and business operations of AIG Travel, AIG Travel's subsidiary Travel Guard Group, Inc., and AIG's subsidiary National Union Fire Insurance Company Of Pittsburgh, PA (collectively, "Defendants"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify to them under oath.

2. As part of my job responsibilities and duties, and based on my background and experience with Defendants, I am familiar with Defendants' travel insurance and assistance services programs. I also am familiar with the types of travel insurance and assistance service-related documents.

3. I submit this declaration in support of Defendants' Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called to testify thereto, could and would do so competently and truthfully.

4. Attached as Exhibit 1 is a true and correct copy of a document that Defendants produced in this litigation as Bates MILLER-0061710. This document consists of a list of assistance cases opened on behalf of Defendants' customers with a California address during the proposed class period as well as information identifying which of those assistance cases also involved a travel insurance claim filed under the associated policy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 20, 2023 in Houston, Texas.

/s/ ______________________

James Page