**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Stephen M. Raab (*pro hac vice*)
stephen@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090 x109

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAMIKA MILLER and JULIANNE CHUANROONG, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

TRAVEL GUARD GROUP, INC., AIG TRAVEL, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Defendants.

CASE NO. 3:21-cv-09751-TLT

**DECLARATION OF STEPHEN M. RAAB IN SUPPORT OF: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF LORIN M. HITT ON CERTAIN MATTERS; AND PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF ROBERT HOYT ON CERTAIN MATTERS.**

<u>MOTION HEARING</u>

DATE: February 27, 2024
TIME: 2:00 P.M.
CTRM: 9 (19th Floor)

Hon. Trina L. Thompson

I, Stephen M. Raab, declare and state that:

1. I am an attorney admitted to practice before this Court, a partner with Gutride Safier LLP ("GSLLP"), and Class Counsel in the above captioned matter. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Motion to Exclude the Testimony and Opinions of Lorin M. Hitt, Ph.D. on Certain Matters, and Plaintiffs' Motion to Exclude Testimony and Opinions of Robert E. Hoyt, Ph.D. on Certain Matters. Unless otherwise noted, I have personal knowledge of the facts set forth in this Declaration, and could testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of a stipulation of facts regarding the relationship between National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC") and Travel Guard Group, Inc. in this action. It is signed by each party's counsel.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Third Set of Interrogatories, dated September 5, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of Jennifer Kruzitski, Director of Operations for Travel Guard's Medical Assistance Department, which is provisionally designated as confidential.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Lorin M. Hitt, Ph.D., one of Defendants' testifying experts.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition of Robert E. Hoyt, Ph.D., one of Defendants' testifying experts.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Sarah Butler, one of Defendants' testifying experts.

8. Attached hereto as **Exhibit G** is a true and correct copy of Defendants' Medical Assistance Coordinator Training Manual (produced by Defendants as MILLER-0061311-553), which Defendants designated as confidential.

9. Attached hereto as **Exhibit H** is a true and correct copy of a reference table of codes that Defendants use to log assistance cases (produced by Defendants as MILLER-0061303), which Defendants designated as confidential.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Expert Report of Gregory Fanoe dated September 18, 2023, which references information that Defendants designated as confidential.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Expert Report of Joel Laucher dated September 18, 2023.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Expert Rebuttal Report of Lorin M. Hitt, Ph.D., one of Defendants' testifying experts, dated October 10, 2023. The report is designated confidential.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Expert Rebuttal Report of Robert E. Hoyt, Ph.D., one of Defendants' testifying experts, dated October 10, 2023.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Regulatory Settlement Agreement (produced by Defendants as MILLER-0012672-706) dated January 24, 2018, between NUFIC, the CDI, and various state regulators.

15. Attached hereto as **Exhibit N** is a true and correct copy of a letter with attached signatures from various state regulators endorsing the Regulatory Settlement Agreement (produced by Defendants as MILLER-0061554-598).

16. Attached hereto as **Exhibit O** is a true and correct copy of an email chain produced by Defendants as MILLER-0054130-132. The exhibit was marked as Exhibit 68 to the deposition of Joseph Tritz and is designated confidential.

17. Attached hereto as **Exhibit P** is a true and correct copy of a typical insurance plan offered by Travel Guard (produced by Defendants as MILLER-0032193-217). The exhibit was marked as Exhibit 10 to the deposition of James Page.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Bulletin 80-6 issued by the California Department of Insurance regarding Brokers' Fees and Other Similar Fees available at https://www.insurance.ca.gov/0250-insurers/0300-insurers/0200-bulletins/bulletin-notices-commiss-opinion/upload/Bulletin80-6.pdf.

19. Attached hereto as **<u>Exhibit R</u>** is a true and correct public copy of the Declaration of Julianne Chuanroong, dated June 21, 2023, with paragraph 11 redacted pursuant to the Court's order at ECF No. 121.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 21st day of November, 2023

**GUTRIDE SAFIER LLP**

*/s/Stephen M. Raab/*
Stephen M. Raab (pro hac vice)