# EXHIBIT F

```
                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION



TAMIKA MILLER and JULIANNE
CHUANROONG, on behalf of
themselves, the general
public, and those similarly
situated,

              Plaintiffs,

v.                                  No. 3:21-cv-09751-TLT


TRAVEL GUARD GROUP, INC.,
AIG TRAVEL, INC., and
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA.,

              Defendants.
_____/

  Remote Expert Deposition of

        SARAH BUTLER

  Tuesday, October 24, 2023

        CERTIFIED COPY


REPORTED BY:  CINDY TUGAW, CSR #4805



             NOGARA REPORTING SERVICE
                150 Sutter Street
                  P.O. Box 538
            San Francisco, California 94105
                  (415) 398-1889
```

I N D E X

                                                            Page Number

EXAMINATION BY MR. THAIRANI                     5

EXAMINATION BY MR. THAIRANI (Resumed)      106

                ---o0o---

E X H I B I T S

Plaintiffs'

| | | |
|---|---|---|
| Exhibit 1 | Document entitled "Maldonado v. Apple" | 12 |
| Exhibit 2 | Expert Report of Sarah Butler | 34 |
| Exhibit 3 | Reply Declaration of Sarah Butler | 37 |
| Exhibit 4 | Document entitled "Survey Evidence in False Advertising Cases" | 68 |
| Exhibit 5 | Declaration and Expert Report of J. Michael Dennis, Ph.D. | 117 |
| Exhibit 6 | Attachment C Survey Questionnaire | 118 |

                ---o0o---

```
 1              BE IT REMEMBERED that, pursuant to Notice

 2   of Taking Deposition and on Tuesday, the 24th day

 3   of October, 2023, commencing at the hour of 9:54

 4   o'clock a.m. (PDT), via Zoom remote

 5   videoconference, before me, CINDY TUGAW, a

 6   Certified Shorthand Reporter in the State of

 7   California, personally appeared,

 8                         SARAH BUTLER,

 9   called as a witness by the Plaintiffs, having been

10   by me first duly sworn, was examined and testified

11   as hereinafter set forth.

12                          ---o0o---

13                    APPEARANCES OF COUNSEL

14   For the Plaintiffs

15        GUTRIDE SAFIER, LLP
          100 Pine Street, Suite 1250
16        San Francisco, California 94111
          BY:  RAJIV V. THAIRANI, Attorney at Law
17        (415) 639-9090
          rajiv@gutridesafier.com
18

19        GUTRIDE SAFIER, LLP
          305 Broadway, 7th Floor
20        New York, New York 10007
          BY:  STEPHEN M. THAIRANI, Attorney at Law
21        (415) 639-9090 x109
          stephen@gutridesafier.com
22

23

24

25
```

```
 1                  APPEARANCES OF COUNSEL

 2                       (Continued)

 3
     For the Defendants
 4        O'MELVENY & MYERS, LLP
          Two Embarcadero Center, 28th Floor
 5        San Francisco, California 94111
          BY:  ERIC ORMSBY, Attorney at Law
 6        (415) 984-8700
          eormsby@omm.com
 7

 8   Also Present:

 9        David Ho, Zoom Host
          Nogara Reporting Service
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   reason in the future to formally create a coding
 2   structure, that's certainly something that could be
 3   done.
 4        Q.   Okay.  But it's not something you did.
 5        A.   I did not create a formal coding structure
 6   for the open-ended data.
 7        Q.   Okay.  All right.  So did you test how
 8   consumers understand Travel Guard's offers of
 9   insurance?
10        A.   The survey includes questions and a test
11   and a control that helps us to evaluate consumers'
12   perceptions and responses to the Travel -- the
13   three different Travel Guard options offered.
14        Q.   Did you test their understanding of
15   whether they were being offered non-insurance
16   services?
17        A.   Well, the survey had a control that
18   explicitly indicates in the control that the travel
19   insurance plan being offered includes non-insurance
20   travel assistance services, and then we can
21   evaluate the responses from the control relative to
22   the test.
23        Q.   Okay.  So would you say that you performed
24   a consumer understanding survey of the -- Travel
25   Guard's offers?
```

```
 1              CERTIFICATE OF WITNESS
 2                   ---o0o---
 3
 4        I, SARAH BUTLER, hereby declare
 5   under penalty of perjury that I have read the
 6   foregoing deposition testimony; and that the same
 7   is a true and correct transcription of my said
 8   testimony except as corrected pursuant to my rights
 9   under Rule 30 of the Federal Rules of Civil
10   Procedure.
11
12
13                    _____
                                Signature
14
15                    _____
                                  Date
16
17
18
19
20
21
22
23
24
25
```

```
1   STATE OF CALIFORNIA    )
                           )
2   COUNTY OF SAN FRANCISCO )
```

3              I, CINDY TUGAW, a Certified Shorthand

4   Reporter of the State of California, duly

5   authorized to administer oaths pursuant to Section

6   8211 of the California Code of Civil Procedure, do

7   hereby certify that

8                      SARAH BUTLER,

9   the witness in the foregoing deposition, was by me

10  duly sworn to testify the truth, the whole truth

11  and nothing but the truth in the within-entitled

12  cause; that said testimony of said witness was

13  reported by me, a disinterested person, and was

14  thereafter transcribed under my direction into

15  typewriting and is a true and correct transcription

16  of said proceedings.

17             I further certify that I am not of counsel

18  or attorney for either or any of the parties in the

19  foregoing deposition and caption named, nor in any

20  way interested in the outcome of the cause named in

21  said caption.

22             Dated the 8th day of November, 2023.

23

24                       *(signature)*

                         CINDY TUGAW
25                       CSR No. 4805 (California)

```
 1   Sarah Butler
     c/o O'Melveny & Myers
 2   Two Embarcadero Center, 28th Floor
     San Francisco, CA 94111
 3   Attn:  Eric Ormsby, Esq.

 4   Date:  November 8, 2023
     Re:  Miller vs. Travel Guard, et al.
 5   Deposition Date:  Tuesday, October 24, 2023

 6   Dear Ms. Butler,

 7           Please be advised the original transcript
     of your deposition is ready for your review.
 8           Pursuant to Rule 30 of the FRCP, you
     have 30 days following the date of this notice to
 9   read, correct if necessary, and sign your
     transcript unless the attending parties and the
10   deponent agree on the record or otherwise in
     writing to a longer or shorter time period.  The
11   deponent may change the form or the substance of
     the answer to a question, and may either approve
12   the transcript of the deposition by signing it, or
     refuse to approve the transcript by not signing it.
13   You are not required by law to read and sign your
     deposition transcript.  All parties will be
14   informed of the corrections.  The original
     transcript will then be sealed and sent to the
15   examining attorney pursuant to the applicable law.
             You may either come to our office to read
16   and sign the original transcript, or you may
     contact your attorney or the attorney who arranged
17   for you to be present at your deposition.  If they
     have ordered a copy of the transcript, you may
18   review their copy and make corrections by
     submitting, signing and returning the attached
19   form.  If you choose to review your transcript at
     our office, please call first to make an
20   appointment.  Should you have any question
     regarding these instructions, please call.
21
     Sincerely,
22


23   NOGARA REPORTING SERVICE
     150 Sutter Street - P.O. Box 538
24   San Francisco, California 94105
     (415) 398-1889
25   cc:  All counsel, original deposition
```

```
 1                  Deponent's Correction Sheet

 2   To add testimony, indicate "Add" and print the exact
     words you wish to add.  To delete testimony, indicate
 3   "Delete" and print the exact words you wish to delete.

 4   Deposition of:  SARAH BUTLER
     Proceedings date:  October 24, 2023
 5
     I, SARAH BUTLER, have the following changes to my
 6   proceedings transcript:

 7   PAGE    LINE       CHANGE (Add/Delete)

 8   _____   _____   _____

 9   _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23
     _____Date: _____
24

25   SARAH BUTLER
```