# EXHIBIT L

**United States District Court**

**Northern District of California**

| | | |
|---|---|---|
| TAMIKA MILLER and JULIANNE CHUANROONG, et al., | : | |
| | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 3:21-cv-09751-TLT |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TRAVEL GUARD GROUP, INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

# Rebuttal Expert Report of Robert E. Hoyt, Ph.D.

## October 10, 2023

# Table of Contents

I.  Assignment ........................................................................................................... 1

II. Summary of Opinions ........................................................................................... 1

III. Mr. Laucher Fails to Conduct an Analysis Specific to the Travel Insurance Industry, Ignores Defendants' Regulatory Communications That Contradict His Opinions, and Draws Inappropriate Comparisons Between Travel Insurance and Other Unrelated Lines of Property-Casualty Insurance ............................................................................. 3

    A.  Summary of Laucher Report ................................................................... 4

    B.  Mr. Laucher Fails to Conduct an Analysis Specific to Travel Insurance Plans and Avoids Responding to My Opinions ................................................ 5

    C.  Mr. Laucher's Analysis Ignores Other Regulatory Communications That Contradict His Opinions ......................................................................... 8

    D.  Mr. Laucher's Comparison of Travel Insurance to Other Unrelated Lines of Property-Casualty Insurance Is Inappropriate ...................................... 10

IV. Conclusion .......................................................................................................... 13

## I.      Assignment

1.      I have been retained by O'Melveny & Myers LLP, counsel for Travel Guard Group, Inc. ("Travel Guard"), American International Group, Inc. ("AIG"), AIG Travel, Inc. ("AIG Travel"), and National Union Fire Insurance Company of Pittsburgh, Pa. ("NUFIC") (collectively, "Defendants"), in connection with the litigation between Tamika Miller and Julianne Chuanroong, on behalf of themselves and a class of California consumers (collectively, "Plaintiffs") and Defendants.  I have been asked to review and respond to the opinions contained in the Expert Report of Joel Laucher submitted on September 18, 2023 ("Laucher Report").  I submitted an expert report in this matter on July 26, 2023 that contains my qualifications and opinions on certain issues I was asked to address in this matter ("Initial Report" or "Hoyt Report").[1]  A current copy of my curriculum vitae is attached as **Appendix A**.  A list of other litigation or administrative proceedings in which I have submitted an expert report or have testified in a deposition, hearing, or trial within the past four years is attached as **Appendix B**.  A list of materials that I considered in forming my opinions is attached as **Appendix C**.

2.      I am being compensated at my billing rate of $1,050 per hour.  I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction.  My compensation does not depend on the opinions that I reach or the outcome of this matter.

## II.      Summary of Opinions

3.      None of the opinions expressed by Mr. Laucher cause me to change the opinions expressed in my Initial Report because, among other reasons, Mr. Laucher has not conducted any analysis specific to travel insurance plans or the travel insurance industry.

4.      Instead, Mr. Laucher has provided a general discussion of the rate filing process that is "typical" or "standard" based on his own professional experience, which the Laucher Report makes clear is not generally related to travel insurance.  Because the rate filing process Mr. Laucher describes is not specific to travel insurance, this general discussion ignores travel insurance industry norms and the standard industry practice of bundling travel insurance and non-insurance assistance services, which I describe in my Initial Report.  As a result, the Laucher

---

[1] I included a description of my qualifications and case background in Sections I and II, respectively, of my Initial Report.

Report is irrelevant to my opinions regarding the travel insurance industry and the bundling of travel insurance and non-insurance assistance services.

5.      Further, Mr. Laucher does not dispute my assertion that Defendants have disclosed their bundling practice to regulators and that the California Department of Insurance ("CDI") has the authority and responsibility to pursue action against insurers that do not follow its regulations. Mr. Laucher does not identify a single instance of the CDI expressing any statement or opinion that this standard industry practice of bundling should not be permitted.  Mr. Laucher avoids responding to my opinions and instead argues that the CDI did not affirmatively determine that expenses for non-insurance assistance services were "non-insurance" and that the CDI did not preclude Defendants from including costs related to non-insurance assistance services in their rate filing.  Mr. Laucher does not address the key fact that Defendants openly disclosed their bundling practice to the CDI several times, and that even after those disclosures, the CDI has not exercised its authority to pursue action against Defendants if the CDI believed that Defendants' practices are counter to its regulations.  *See* Section III.B.

6.      Mr. Laucher's narrow analysis ignores regulatory communications between Defendants and state regulators that contradict his opinions.  Mr. Laucher ignores that the state of California entered into a multi-state regulatory settlement agreement ("RSA") in 2018 with Defendants that set guidelines around the industry practice of bundling.[2]  Thus, Defendants again disclosed and California did not prohibit their bundling practice in this regulatory communication, and I am unaware of the CDI expressing any statement or opinion that this practice should not be permitted.  The RSA also contradicts Mr. Laucher's conclusion that Defendants must provide non-insurance assistance services for an "explicit, separate, and optional" charge, and that Defendants' decision to bundle insurance services with non-insurance assistance services was contrary to the CDI's expectations.  *See* Section III.C.

7.      Mr. Laucher's report draws inappropriate comparisons between travel insurance and other unrelated lines of property-casualty insurance such as homeowners insurance and personal automobile insurance.  These unrelated insurance types are not analogous to travel insurance and, for multiple reasons, do not support Mr. Laucher's conclusion that the non-insurance

---

[2] Deposition of Joseph Tritz, May 12, 2023 ("Tritz Deposition"), Exhibit 67, pp. 17–18 ("[W]here combining and packaging the cost of Assistance Services or Travel Cancellation Fee Waivers with the cost of Travel Insurance is not prohibited by law in a Participating State, Company agrees that it will provide all disclosures in connection with the sale of the combined and packaged product that are required by Insurance Law in a Participating State.").

assistance services Defendants provide at a bundled rate are similar to the non-insurance customer service activities provided by insurers in other unrelated lines of property-casualty insurance as part of the insurance premium. First, the level of customer service offered and expected in other unrelated lines of property-casualty insurance such as homeowners insurance and personal automobile insurance differs greatly from the non-insurance assistance services offered in a travel protection plan. Second, the nature of services offered in a travel protection plan differ from those offered in other unrelated lines of property-casualty insurance. Third, Defendants already provide various customer services just as insurers do in other unrelated lines of property-casualty insurance, and these services are distinct from non-insurance assistance services. Fourth, when Defendants incur a cost related to non-insurance assistance services, in the vast majority of instances the policyholder does not incur any covered loss. *See* Section III.D.

### III.    Mr. Laucher Fails to Conduct an Analysis Specific to the Travel Insurance Industry, Ignores Defendants' Regulatory Communications That Contradict His Opinions, and Draws Inappropriate Comparisons Between Travel Insurance and Other Unrelated Lines of Property-Casualty Insurance

8.      Mr. Laucher provides analysis that is irrelevant to Defendants' bundling practice and the travel insurance industry, ignores regulatory communications between Defendants and state regulators that contradict his opinions, and makes assertions that are inconsistent with the evidence in the record and the broader context of the travel insurance industry.

9.      In this section, I first provide a summary of the Laucher Report to provide context for my rebuttal opinions.

10.    Second, I discuss that Mr. Laucher fails to conduct an analysis that is specific to travel insurance and ignores important aspects of the travel insurance industry. I discuss that Mr. Laucher avoids responding to my opinions from my Initial Report regarding Defendants openly disclosing their bundling practice to regulators.

11.    Third, I discuss that Mr. Laucher ignores communications between Defendants and state regulators regarding Defendants' bundling practice that contradict his opinions.

12.    Fourth, I discuss that Mr. Laucher draws inappropriate comparisons between travel insurance and other unrelated lines of property-casualty insurance. These unrelated lines of

property-casualty insurance are not analogous to travel insurance and, for multiple reasons, do not support Mr. Laucher's conclusion that the non-insurance assistance services Defendants provide at a bundled rate are similar to the non-insurance customer service activities provided by insurers in other unrelated lines of property-casualty insurance as part of the insurance premium.

### A.    Summary of Laucher Report

13.    Mr. Laucher was engaged by counsel for Plaintiffs and submitted the Laucher Report in support of Plaintiffs' class action lawsuit.[3] Mr. Laucher describes his qualifications and experience primarily related to homeowners insurance and personal automobile insurance.  For example, Mr. Laucher states that he has "written work-related materials such as the 'Top Ten Tips for Finding Residential Insurance.'"[4] Mr. Laucher also states that he has "drafted legislative and regulatory proposals that have become law, including (a) the requirement that all personal auto policies identify and communicate in the policy declaration pages the most impactful rating factors used to calculate the individual insured's premium and (b) the requirement that insurers provide a bi-annual notice with homeowners' policies about important considerations for selecting your coverage."[5] The Laucher Report discusses rate filings submitted to the CDI by insurers generally and by Defendants.

14.    First, Mr. Laucher discusses the general process by which CDI analysts review rate filings, and asserts that the CDI's rate analyst made no express determination that the alleged assistance services were non-insurance expenses, noting that in his experience such a determination is not part of a rate review.[6] Mr. Laucher also asserts that the CDI's rate analyst "did not preclude [Defendants] from including the cost of the alleged assistance services in the expenses referenced in the filing."[7] Mr. Laucher concludes that one option available to

---

[3] Laucher Report, ¶ 1.
[4] Laucher Report, ¶ 5.
[5] Laucher Report, ¶ 7.
[6] Laucher Report, ¶ 21.  To the extent that Mr. Laucher suggests that I believe the CDI made such an express determination and that my opinion relies on such an express determination, he is incorrect.  My opinion, discussed in Section III.B in this report and in my Section V.B of my Initial Report, is that the CDI has not expressed any statement or opinion that Defendant's bundling practice should not be permitted despite such practice being openly disclosed to the CDI and commonly known in the industry.
[7] Laucher Report, ¶ 22.

Defendants is, "if consistent with California law, to offer to provide the services to consumers for an explicit, separate, and optional charge for those services."[8]

15.     Second, Mr. Laucher states that there was "no approval that was provided for Defendants to sell travel insurance for a total price exceeding the approved rate or to automatically bundle a charge for assistance services into a single price that included the premium for their travel insurance."[9]  Mr. Laucher asserts that, based on his review of rate filings from Defendants, "[t]here was no explicit approval of or even consideration given to the insurer charging a fee for non-insurance services, or the way in which the insurer would do so, as that was beyond the scope of the analyst's review."[10]

16.     Third, Mr. Laucher discusses "numerous examples of insurers providing [various customer] services without charging extra for them," and argues that insurers' expenses for these services are "within their general operating expenses covered by their insurance premiums."[11]  Mr. Laucher further asserts that "many of Defendants' assistance services … are similar to the types of services that other insurers provide to their insureds within their approved rates."[12]

17.     Finally, Mr. Laucher concludes that "Defendants' decision to bundle a charge for assistance services in the total price for their travel insurance plans was contrary to the CDI's specific denial of NUFIC's request for a variance to charge a higher rate in filing SERFF # CLTR-129260325."[13]  Mr. Laucher claims that this bundling practice is "inconsistent with and would undermine the prior approval process of reviewing and approving insurance rates."[14]

### B.     Mr. Laucher Fails to Conduct an Analysis Specific to Travel Insurance Plans and Avoids Responding to My Opinions

18.     In my Initial Report, I discuss travel insurance industry norms and the standard industry practice of bundling travel insurance and non-insurance assistance services due to the complementary benefits provided to consumers.[15]  In contrast, Mr. Laucher has not conducted any analysis specific to travel insurance plans or the travel insurance industry.  Mr. Laucher has

[8] Laucher Report, ¶ 26.
[9] Laucher Report, ¶ 33.
[10] Laucher Report, ¶ 33.
[11] Laucher Report, ¶ 34.
[12] Laucher Report, ¶ 36.
[13] Laucher Report, ¶ 37.
[14] Laucher Report, ¶ 38.
[15] Hoyt Report, Section III.

provided a general discussion of the rate filing process that is "typical" or "standard" based on his own professional experience, which the Laucher Report makes clear is not generally related to travel insurance. Because the rate filing process Mr. Laucher describes is not specific to travel insurance, this general discussion ignores travel insurance industry norms and the standard industry practice of bundling travel insurance and non-insurance assistance services, which I describe in my Initial Report. As a result, the Laucher Report is irrelevant to my opinions regarding the travel insurance industry and the bundling of travel insurance and non-insurance assistance services.

19.     For example, Mr. Laucher ignores that it is standard industry practice to bundle travel insurance and non-insurance assistance services and sell them as a packaged product commonly referred to as a "travel protection plan."[16] The travel protection plan has come to define the industry, and I provide examples below of other insurers, in addition to Defendants, disclosing to the CDI that they bundle insurance services with non-insurance assistance services. Non-insurance assistance services are typically marketed as an ancillary purchase along with travel, rather than as a stand-alone purchase, and are offered by the travel insurance provider (e.g., Travel Guard).[17] Plaintiffs' expert Mr. Fanoe testified that bundling travel insurance with non-insurance assistance services was a "common practice in the travel insurance industry"[18] and that he was not aware of any travel insurance provider that did not bundle travel insurance with non-insurance assistance services.[19] As explained in my Initial Report, these components are commonly bundled together because offering the combination of benefits is beneficial to both consumers and to the insurance provider.[20] Mr. Laucher does not address these travel insurance industry norms, highlighting that the Laucher Report fails to conduct an analysis specific to travel insurance plans.

20.     Further, Mr. Laucher does not dispute my assertion that Defendants have disclosed their bundling practice to regulators and that the CDI has the authority and responsibility to pursue action against insurers that do not follow its regulations. As I discussed in my Initial Report,

[16] Hoyt Report, ¶ 40.
[17] Hoyt Report, ¶ 40.
[18] Deposition of Gregory Fanoe, July 18, 2023 ("Fanoe Deposition"), 28:16–24.
[19] Fanoe Deposition, 103:7–12 ("Q Oh. Are -- are you aware of any travel insurance company that sells travel insurance that is not bundled with assistance services? A That's not something I've specifically looked at, so it's not something I'm aware of nor would I expect I would be aware of one if it did exist.").
[20] Hoyt Report, Section IV.D.

Defendants explained to the state regulator that they bundle travel insurance and non-insurance assistance services, and that the CDI has not expressed any statement or opinion that this practice should not be permitted.[21]  In fact, Defendants repeatedly disclosed their bundling practice to the CDI.  For example, in their 2015 rate filing, Defendants stated that "[p]olicies would also contain non-insurance services at a cost calculated separately from any insurance benefits."[22]  In Defendants' 2017 rate filings, Defendants included a description of the non-insurance assistance services that may be provided to their customers.[23]  Moreover, Robert Gallagher, the Chief Operating Officer of both AIG Travel and Travel Guard since 2017,[24] testified that he is unaware of the CDI ever questioning Travel Guard's bundling practice,[25] and I have seen no complaint from the CDI related to this practice.  Such practice is also commonly known in the travel insurance industry.[26]  Mr. Laucher does not dispute that Defendants have disclosed their bundling practice to regulators and Mr. Laucher does not identify a single instance of the CDI expressing any statement or opinion that this standard industry practice of bundling should not be permitted.

21.    Other travel insurers have also disclosed to the CDI that they bundle non-insurance assistance services with travel insurance.  Berkshire Hathaway Specialty Insurance Company ("BHSIC") disclosed to the CDI in a filing approved on July 20, 2016 that its travel protection plan includes "assistance services that are integral to the management of the insurance coverage including, but not limited to, flight rebooking and locating alternate hotel accommodations. These services are documented and included in the policy filing for clarity and completeness."[27] BHSIC also included a form that lists the assistance services and discloses that "[a]ll Assistance Services listed below are not insurance benefits and are not provided by the Insurer."[28] Additionally, Jefferson Insurance Company, a subsidiary of Allianz Global Assistance,[29] disclosed to the CDI in a filing approved on January 10, 2008 that its travel protection plan

---

[21] Hoyt Report, ¶ 87.
[22] MILLER-0001315–443 at 366.
[23] MILLER-0001444–708 at 559–561; MILLER-0001709–2160 at 1936–1938.
[24] Deposition of Robert Gallagher, May 18, 2023 ("Gallagher Deposition"), 11:11–12:2.
[25] Gallagher Deposition, 49:12–19.
[26] Hoyt Report, Section IV.
[27] SERFF Filing, Tracking Number PERR-130539302, p. 3.
[28] SERFF Filing, Tracking Number PERR-130539302, Form Number PG-TA-EAS-USE-10/2015, p. 1.
[29] "About Our Underwriters," Allianz Global Assistance, available at
https://www.allianztravelinsurance.com/about/underwriters.htm.

"provides benefits related to travel including trip cancellation, interruption, and delay, baggage loss and delay, ADD, ancillary medical and additional benefits related to travel."[30]  Jefferson Insurance Company then received approval to amend its filing on December 2, 2009 where it amended the master policy certificate in part to clarify the benefits provided in its travel protection plan.[31]  In this amendment sent to the CDI, it stated that "World Access Service Corp. administers your plan and provides the travel assistance services," which clearly discloses that its policy includes travel assistance services.[32]

22.    Further, Mr. Laucher avoids responding to my opinions and instead argues that "the CDI's rate analyst did not determine that expenses associated with the alleged assistance services were 'non-insurance,'" and that "the rate analyst also did not preclude NUFIC from including the cost of the alleged assistance services in the expenses referenced in the filing."[33]  However, in my Initial Report, I merely observed that, based on my review of Defendants' rate filing, the CDI "ultimately denied the request to include the cost of non-insurance assistance services in Defendants' calculation of a rate for their travel insurance, but did not prohibit Defendants from offering and charging for non-insurance assistance services."[34]  As I explained, this decision serves as one of several examples of Defendants disclosing their bundling practice to the CDI and that the CDI has allowed this bundling practice.  Mr. Laucher does not address the key fact that Defendants openly disclosed their bundling practice to the CDI several times, and that even after those disclosures, the CDI has not exercised its authority to pursue action against Defendants if the CDI believed that Defendants' practices are counter to its regulations.[35]

### C.    Mr. Laucher's Analysis Ignores Other Regulatory Communications That Contradict His Opinions

23.    Mr. Laucher's narrow analysis ignores regulatory communications between Defendants and state regulators that contradict his opinions.

24.    Mr. Laucher wholly ignores that the state of California entered into the RSA with Defendants in 2018 as part of a multi-state standardization effort by the National Association of

---

[30] SERFF Filing, Tracking Number WDAS-125353153, p. 3.
[31] SERFF Filing, Tracking Number WDAS-126336500, p. 3
[32] SERFF Filing, Tracking Number WDAS-126252101, Form Number 101-A1-XX-01, p. 1.
[33] Laucher Report, ¶¶ 21–22.
[34] Hoyt Report, ¶ 86.
[35] Hoyt Report, ¶¶ 88–89.

Insurance Commissioners ("NAIC") that codified "what travel insurance was and what the industry practices would be."[36]  In the RSA, it states that "where combining and packaging the cost of Assistance Services or Travel Cancellation Fee Waivers with the cost of Travel Insurance is not prohibited by law in a Participating State, Company agrees that it will provide all disclosures in connection with the sale of the combined and packaged product that are required by Insurance Law in a Participating State."[37]  Mr. Laucher does not claim the industry standard bundling practice is prohibited by law in California, and he does not dispute that California "adopt[ed], agree[d], and approve[d] the Regulatory Settlement Agreement" when it signed as a Participating State.[38]  Defendants disclosed their bundling practice in the RSA, and I am unaware of the CDI expressing any statement or opinion that this practice should not be permitted.

25.     The RSA contradicts Mr. Laucher's assertions regarding Defendants' rate filings.  Mr. Laucher claims that after Defendants' variance request was denied, then "if consistent with California law" one option available to Defendants is "to offer to provide the services to consumers for an explicit, separate, and optional charge for those services."[39]  Mr. Laucher similarly states that "the CDI expected the final rates approved by the CDI would be the final rates consumers would be required to pay for the insurance plans sold pursuant to that filing."[40]  However, Mr. Laucher fails to explain how his assertions with respect to what the CDI would expect are consistent with California's adoption, agreement, and approval of the RSA.  Nowhere in the RSA does it state that the charge for non-insurance assistance services must be "explicit, separate, and optional" as Mr. Laucher claims would be expected by the CDI.  Similarly, the RSA also does not state that the ultimate amount paid by consumers for the entire travel protection plan must be equal to the approved insurance premium for only the insurance services.  Instead, as explained above, the RSA states that where the bundling practice is not prohibited by law, Defendants may "combin[e] and packag[e] the cost of Assistance Services or Travel Cancellation Fee Waivers with the cost of Travel Insurance."

---

[36] Tritz Deposition, 195:25–196:20, Exhibit 67; "RE: NUFIC RSA – Investigation #234507," Division of Insurance Market Regulation, April 10, 2018, p. 8; Gallagher Deposition, 140:16–141:12.
[37] Tritz Deposition, Exhibit 67, pp. 17–18.
[38] "RE: NUFIC RSA – Investigation #234507," Division of Insurance Market Regulation, April 10, 2018, p. 8; Gallagher Deposition, 143:24–144:4.
[39] Laucher Report, ¶ 26.
[40] Laucher Report, ¶ 25.

### D.    Mr. Laucher's Comparison of Travel Insurance to Other Unrelated Lines of Property-Casualty Insurance Is Inappropriate

26.    Mr. Laucher's report draws inappropriate comparisons between travel insurance and other unrelated lines of property-casualty insurance such as homeowners insurance and personal automobile insurance.  Mr. Laucher asserts that the costs related to customer services activities in these unrelated lines of insurance are "typically included within the insurer's general operating expenses (and are thus covered by the insurance premium)."[41]  Mr. Laucher also asserts that "many of Defendants' assistance services […] are similar to the types of services that other insurers provide to their insureds within their approved rates."[42]  However, Mr. Laucher's comparison of the non-insurance assistance services offered by Defendants to customer service activities offered in other unrelated lines of property-casualty insurance reflects a lack of understanding of the travel insurance industry.

27.    Given that the Laucher Report does not specifically analyze travel insurance, I will explain non-insurance assistance services to provide context for why Mr. Laucher's comparison to other unrelated lines of property-casualty insurance is inappropriate.  Non-insurance assistance services are travel-related services that are typically provided by an entity separate from the insurance company, such as an affiliate or a third-party partner.  Because these services address unexpected emergencies including, most importantly, time-sensitive emergencies that occur during travel,[43] they provide support and convenience to a customer that complements the coverages provided by travel insurance, not only after a specific travel disruption has occurred but also throughout the duration of the trip.  Common non-insurance services include assistance with medical emergencies, flight rebooking, baggage that is lost, stolen, or delayed, concierge services, and security services.[44]

---

[41] Laucher Report, ¶ 35.

[42] Laucher Report, ¶ 36.

[43] "Travel Insurance: An Actuarial Perspective," American Academy of Actuaries Travel Insurance Task Force, September 2018, p. 4.

[44] Hoyt Report, Figure 1.  Medical assistance services include "[a]ccess to a 24/7 help line to handle emergency medical requests that occur during travel, including prescription replacement assistance, physician referrals, and medical evacuations."  Travel assistance services include "[a]ccess to a 24/7 help line to handle any travel emergency as it occurs, including lost, stolen or delayed baggage; replacing lost passport or travel documents; rebooking flights and changing hotel reservations."  Concierge services include "[a]ccess to a personal assistant who can help coordinate services such as golf tee times, restaurant referrals and reservations, wireless device assistance, sporting or theater tickets, and activity and event planning."  Security services include "[a]ccess to 24/7 response services, security evacuation assistance with on-the-ground physical response, security and safety advisories."

28.     Given these distinct benefits offered by non-insurance assistance services, Mr. Laucher's comparison to other unrelated lines of property-casualty insurance is inappropriate for several reasons.

29.     First, the level of customer service offered and expected in other unrelated lines of property-casualty insurance such as homeowners insurance and personal automobile insurance differs greatly from the non-insurance assistance services offered in a travel protection plan.  For example, non-insurance assistance services include emergency prescription replacement assistance, cash transfers, and telephone interpretation coordination.[45]  These services are more intensive, time-dependent, and costly than the typical customer service offerings in other unrelated lines of property-casualty insurance, such as referrals for contractors or answers to questions about incidents.[46]  Another example of a non-insurance assistance service offered by Defendants is "medical monitoring."  Medical monitoring includes having Defendants' medical personnel contact the client's treating doctor to ensure the client is getting appropriate medical care.[47]  This service includes reviewing the medical details with the client, which is particularly important because many times the client "won't have a full update themselves due to a language barrier."[48]  If needed, Defendants' non-insurance assistance services also include support with coordinating commercial evacuation, including arranging to have a medical escort accompany the client on a commercial flight.[49]  The amount of time and expense of having medical personnel review a medical file, meet with the client and their doctors to discuss their medical situation, and provide the necessary support to the client is clearly much greater than the examples included in the Laucher Report from other unrelated lines of property-casualty insurance.

30.     Second, the nature of the services offered in a travel protection plan differ from those offered in other unrelated lines of property-casualty insurance.  As I discussed in my Initial Report, non-insurance assistance services provide peace of mind, convenience, and ongoing

---

[45] "Essential Travel Insurance Plan," Travel Guard, available at https://www.travelguard.com/travel-insurance/plans/essential; "Global Travel Assistance Services," Travel Guard, available at https://www.llnl.gov/sites/www/files/2021-09/Card%209.1.21.pdf.
[46] Laucher Report, ¶ 34.
[47] Deposition of Jennifer Kruzitski, September 8, 2023 ("Kruzitski Deposition"), Exhibit 1, p. 21.
[48] Kruzitski Deposition, Exhibit 1, p. 21.
[49] Kruzitski Deposition, Exhibit 1, pp. 129, 130.

support to consumers for emergencies that occur *before or during travel*.[50]  Medical assistance services are one example.  While a travel protection plan may provide assistance with medical evacuations and renting and/or replacing medical equipment,[51] a medical insurance provider would typically not provide the same services and benefits to a policyholder during travel.  Even when considering the same type of services that may be offered through both a travel protection plan and a typical medical insurance plan (e.g., doctor referrals), only travel protection plans provide assistance while the policyholder is traveling overseas.

31.　　Third, Defendants already provide the various types of customer services described by Mr. Laucher as offered by insurers in other unrelated lines of property-casualty insurance such as homeowners insurance and personal automobile insurance, which are distinct from the non-insurance assistance services discussed above.  For example, when policyholders have a question about their policy coverage, fielding this inquiry would be considered as part of Defendants' customer service related to their travel insurance coverages, and is not related to non-insurance assistance services.[52]  This level of basic customer service is more applicable to the types of customer service offered by insurers in other unrelated property-casualty lines of insurance that are discussed in the Laucher Report and accounted for in insurers' approved insurance premium, rather than the complex, time-intensive services offered through Defendants' non-insurance assistance services.

32.　　Fourth, when Defendants incur a cost related to non-insurance assistance services, in the vast majority of instances the policyholder does not incur any covered loss.  Mr. Laucher asserts that the customer service activities offered in other unrelated lines of property-casualty insurance "are ways to control and contain potential covered losses and associated adjustment costs."[53] But my analysis demonstrates that California policyholders who used non-insurance assistance services submitted an insurance claim less than 13% of the time.[54]  Indeed, Defendants provide

---

[50] Hoyt Report, ¶ 27, Section IV.C (emphasis added).

[51] "Global Travel Assistance Services," Travel Guard, available at https://www.llnl.gov/sites/www/files/2021-09/Card%209.1.21.pdf.

[52] *See, e.g.,* Deposition of James Page, May 9, 2023, 100:10–19 ("Q. Okay. And what did you -- Where were you concerned that I might include in my definition? A. Well, there are policy benefit questions that some people may consider assistance. That's not assistance. That's a policy benefit question. Q. Okay. A. So if someone calls and says, 'Hey, I'm getting ready to go on my trip. Is this covered?' That's not an assistance call; that's a policy assistance question.").

[53] Laucher Report, ¶ 35.

[54] MILLER-0061710.  Of the total 19,350 assistance cases from 2016 to 2022, there were 2,493 cases with a corresponding insurance claim filed (2,493 / 19,350 = 12.9%).

many non-insurance assistance services that are wholly unrelated to covered losses the policyholders may incur.  For example, Defendants' travel protection plans include coordinating access to emergency medical care, not just providing compensation for and rebooking a flight missed due to a medical emergency.  Defendants' travel protection plans also include concierge services, such as access to a personal assistant who can coordinate services such as golf tee times, restaurant referrals and reservations during travel.[55]

## IV.    Conclusion

33.    In conclusion, Mr. Laucher has not conducted any analysis specific to travel insurance plans or the travel insurance industry and ignores that bundling travel insurance and non-insurance assistance services has been a standard industry practice for decades, which I describe in my Initial Report.  Further, Mr. Laucher's analysis ignores regulatory communications between Defendants and state regulators that contradict his opinions.  Specifically, Mr. Laucher's opinion that Defendant's bundling practice was contrary to the CDI's expectations ignores the RSA signed by the state of California.  Finally, Mr. Laucher's comparison of travel insurance to other unrelated lines of property-casualty insurance is inappropriate and, for multiple reasons, do not support Mr. Laucher's conclusion that the non-insurance assistance services Defendants provide at a bundled rate are similar to the non-insurance customer service activities provided by insurers in other unrelated lines of property-casualty insurance as part of the insurance premium.

Executed this 10th of October, 2023

_Robert E. Hoyt_

_____

    Robert E. Hoyt, Ph.D.

---

[55] "Essential Travel Insurance Plan," Travel Guard, available at https://www.travelguard.com/travel-insurance/plans/essential; "Global Travel Assistance Services," Travel Guard, available at https://www.llnl.gov/sites/www/files/2021-09/Card%209.1.21.pdf.

CONFIDENTIAL

**APPENDIX A**

# VITA
## Robert E. Hoyt
### July 2023

1. **ACADEMIC HISTORY**

   *Education:*

   Ph.D., December 1987. University of Pennsylvania, Wharton School: Philadelphia, PA. Major in risk and insurance and minor in statistics. Dissertation: *Modelling and Evaluation of Integrated Product Design and Investment Strategies for a Universal Life Policy*.

   M.A., May 1983. University of Pennsylvania, Wharton School: Philadelphia, PA. Major in risk and insurance and minor in statistics.

   Universität zu Köln: Cologne, West Germany (August 1980 - July 1981). Graduate study in insurance and actuarial science.

   B.S. with honors, May 1980. University of Nebraska: Lincoln, NE. Majors in mathematics and economics and minors in actuarial science and German.

   *Academic Positions:*

   Dudley L. Moore, Jr. Chair and Professor of Risk Management and Insurance, University of Georgia, July 2023 to present.

   Director, The Center for Insurance Education and Research, Terry College of Business, University of Georgia, 2007 to present.

   Dudley L. Moore, Jr. Chair of Insurance and Department Head, Insurance, Legal Studies & Real Estate, University of Georgia, Jan 2005 to Dec 2006, July 2007 to June 2023.

   Gen Re Visiting Scholar in Risk Management, Universität zu Köln (University of Cologne), Cologne, Germany, May 2011 to June 2011.

   Swiss Re Visiting Scholar in Risk Management, Ludwig Maximillian Universität (University of Munich), Munich, Germany, May 2009 to June 2009.

   Dudley L. Moore, Jr. Chair of Insurance and Interim Dean, Terry College of Business, University of Georgia, January 2007 to June 2007.

   Professor of Risk Management and Insurance and Department Head, Insurance, Legal Studies & Real Estate, University of Georgia, July 2000 to December 2004.

   Associate Professor of Risk Management and Insurance, Department of Insurance, Legal Studies & Real Estate, University of Georgia, July 1994 to June 2000.

   Fulbright Visiting Professor, Institut für Versicherungswirtschaft, Wirtschaftsuniversität Wien, Vienna, Austria, September 1995 to December 1995.

   Assistant Professor of Risk Management and Insurance, Department of Insurance, Legal Studies & Real Estate, University of Georgia, Sept. 1988 to June 1994.

   Assistant Professor of Risk Management and Insurance, Department of Finance and General Business, Missouri State University, January 1985 to July 1988.

   *Other Professional Employment:*

   Director (Audit Committee Chair), Grange Insurance, Columbus, OH, February 2011 to present.

   Director, Global Energy Resource Insurance Corp., a Georgia captive, March 2014 to present.

   Risk Management Intern, Risk Management Department, Georgia-Pacific Corp., Atlanta, Georgia, June 1989 to August 1989.

   Actuarial Assistant, Actuarial Department, Kansas City Life Insurance Co., Kansas City, MO, May 1980 to August 1980.

1

*Vita - Robert E. Hoyt*                                                                                        2

2.    **TEACHING ACTIVITIES**

    a.    **Teaching and Instructional Awards**

        *Outstanding Teaching Award*, Terry College of Business, 2009.

        *Excellence in Teaching Award* from the American Risk and Insurance Association, Quebec, August 7, 2007.  Recognizes excellence in Risk Management and Insurance teaching by ARIA members who have a distinguished record of excellent teaching throughout their academic career.

        *The Les Strickler Innovation in Instruction Award* for "Risk Management Case Study," with Randy E. Dumm and Kathleen A. McCullough, American Risk and Insurance Association, Salt Lake City, UT, August 9, 2005.

        Teacher of the Year Award, Alpha Kappa Psi, 2002, 2011.

        UGA Teaching Academy, inducted October 18, 2001.

        Teacher of the Year Award, Terry College of Business, 1994.

        *Richard B. Russell Undergraduate Teaching Award*, 1993.  $4,000 award from the Richard B. Russell Foundation, Atlanta, GA.

        *The Les Strickler Innovation in Instruction Award* for "Insurance Company Management Computer Game," with James S. Trieschmann, American Risk and Insurance Association, Washington, DC, August 18, 1992.

        Outstanding Teaching Honoree, 1992 Honors Day, University of Georgia.

    b.    **Courses Taught**

        *Graduate Courses Taught:*

| | |
|---|---|
| Casualty Insurance Problems | Doctoral Research |
| Corporate Risk Management | Risk Theory Seminar |
| Risk Management Seminar | Life and Health Ins. Seminar |
| Property and Liability Ins. Seminar | Enterprise Risk Management |

        *Undergraduate Courses Taught:*

| | |
|---|---|
| Principles of Risk and Insurance | Corporate Risk Management |
| Commercial Lines Insurance | Insurer Operations and Policy |
| Casualty Insurance Problems | Enterprise Risk Management |
| *Average Enrollment:* | Undergraduate Courses:  60 |
| | Graduate Courses:        25 |

    c.    **Student Evaluations of Teaching**

        *Fall 1988 - Spring 2008*
        Mean Evaluation Score for All Courses:        6.67 (on 7.0 scale)
        Mean Evaluation Score for Department Faculty: 6.27

        *Spring 2010 – Spring 2023*
        Overall, the course was excellent.  − 4.52 (on 5.0 scale)
        Overall, the instructor was effective at teaching the subject matter.  − 4.70 (on 5.0 scale)

*Vita - Robert E. Hoyt*                                                                            3

**3.      SCHOLARLY ACTIVITIES**

   **a.   Publications**

   *Books:*

   Hoyt, Robert E., Marc A. Ragin, and David W. Sommer, *Risk Management and Insurance*, Top Hat
      Publishing, 2023.

   Hoyt, Robert E. and David W. Sommer, *Risk Management and Insurance*, Top Hat Publishing, 2018
      (updated 2022).

   Trieschmann, James S., Robert E. Hoyt, and David W. Sommer, *Risk Management and Insurance*,
      12th Edition, South-Western College Publishing, 2005.

   Trieschmann, James S., Sandra G. Gustavson, and Robert E. Hoyt, *Risk Management and Insurance*,
      11th Edition, South-Western College Publishing, 2000.

   Beery, William E., Robert G. Boehmer, John F. Crowley, Robert E. Hoyt, and Neal Weatherly, Jr.,
      *Business Law for Landscape Architects*, Pearson Custom Publishing, 2002.

   *Monographs/Reports/Proceedings:*

   The History and Development of Business Interruption Insurance, David L. Eckles, Robert E. Hoyt,
      and Johannes C. Marais, Chubb Insurance, December 2021.

   The Efficacy of Motor Vehicle Simulator Training of Law Enforcement Officers in Mitigating Risk
      Management Costs, Robert E. Hoyt, Georgia Local Government Risk Management Services,
      December 2016.

   Unclaimed Life Insurance Benefits: Proposed Legislation and Its Impact on Insurers, Consumers, and
      States, James M. Carson and Robert E. Hoyt, Kemper and National Alliance of Life Companies,
      2015.

   The Role of Black Swans in Enterprise Risk Management, Robert E. Hoyt and Karen Schoening-
      Thiessen, The Conference Board of Canada, November 2010.

   Successful Business Strategies for Insurers Entering and Growing in Emerging Markets, Thomas R.
      Berry-Stölzle, Robert E. Hoyt, and Sabine Wende, *2009 Special Competition Issue, Geneva
      Papers on Risk and Insurance - Issues and Practice*, pp. 33-55, June 2009.

   *Establishing an Arc Flash Loss Prevention Program*, M. Tibbetts, R. Hoyt, J. Welch, and A. Vranis,
      published by M.C. Dean, Inc., August 2008.

   The Value of Enterprise Risk Management: Evidence from the U.S. Insurance Industry, Robert E.
      Hoyt and Andre P. Liebenberg, 2008 *Casualty Actuarial Society ERM Online Monograph*.

   A Trending Approach to Measuring the Effects of Civil Justice Reform:  Evidence from Medical
      Malpractice Insurance, Robert E. Hoyt and Lawrence S. Powell, The Manhattan Institute, June
      2007.

   A Study of the Structured Settlement Process, Robert E. Hoyt, National Structured Settlements Trade
      Association, April 2007.

   Pricing and Reserving Practices in Medical Malpractice Insurance, Robert E. Hoyt and Lawrence S.
      Powell, Physician Insurers Association of America, Rockville, MD.  April 25, 2006.

   Profitability in Medical Professional Liability Insurance, Robert E. Hoyt and Lawrence S. Powell,
      Health Coalition on Liability and Access, Washington, DC.  October 13, 2005.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                 4

An Examination of the Role of Insurance Producers and Compensation in the Insurance Industry, Robert E. Hoyt, Randy E. Dumm and James M. Carson, Independent Insurance Agents and Brokers Association, Alexandria, VA.  July 2005.

Roles and Responsibilities of South Carolina Healthcare Risk Managers, Edward P. Hall and Robert E. Hoyt, PHTS Publishing, January 2003.

A Composite Sketch of a Chief Risk Officer, Robert E. Hoyt, Brian M. Merkley, and Karen Thiessen, The Conference Board of Canada, September 2001.

*Chapters in Books:*

Colquitt, L. Lee, Robert E. Hoyt, and Kathleen C. McCullough, Asbestos and Environmental Reserves Increases and Shareholder Wealth, *Casualty Actuarial Society Forum*, Fall 2002, pp. 77-102.

Hoyt, Robert E. and J. Tim Query, Quality and Satisfaction: What Factors Really Matter in Insurance?, *Proceedings of the Annual Meeting of the International Insurance Society*, July 1999, pp. 128-147.

Carson, James M. and Robert E. Hoyt, Evaluating the Risk of Insolvency: Implications for Life Insurers Internationally, *Proceedings of the Annual Meeting of the International Insurance Society*, July 1996, pp. 131-144.

Carson, James M. and Robert E. Hoyt, Identifying Life Insurer Financial Distress: Classification Models and Empirical Evidence, in *The Financial Dynamics of the Insurance Industry*, edited by Edward I. Altman and Irwin T. Vanderhoof, New York University, Irwin, 1995, pp. 25-47.

Colquitt, L. Lee and Robert E. Hoyt, Managing Risk with Derivatives: Use of Futures and Options by Life Insurers, *Proceedings of the Annual Meeting of the International Insurance Society*, July 1995, pp. 255-264.

Hoyt, R.E. and J.W. Tombs, The Effect of Product-Line Focus on Insurer Stock Returns, *Proceedings of the Annual Meeting of the International Insurance Society*, June 1994, pp. 361-367.

*Journal Articles:*

Eckles, David L., Robert E. Hoyt, and Johannes C. Marais, The History and Development of Business Interruption Insurance, *Journal of Insurance Regulation*, 2022, pp. 1-35. (accepted 2022)

González, Luis Otero, Robert E. Hoyt, and Pablo Durán-Santomil, The Impact of ERM on Insurer Performance Under the Solvency II Regulatory Framework, *The European Journal of Finance*, 2023, 29(4), pp. 419-443.  (accepted 2022)

Altuntas, Muhammed, Thomas R. Berry-Stölzle, and Robert E. Hoyt, Dynamic Determinants of Enterprise Risk Management Adoption: Evidence from the Property-Liability Insurance Industry, *Journal of Insurance Issues*, 2020, 43(2), pp. 1-42.  (accepted 2020)

Eling, Martin, Robert E. Hoyt, and Philipp Schaper, The Impact of Capacity on Price and Productivity Change in Insurance Markets: New Firm-Level Evidence, *Journal of Insurance Issues*, 2020, 43(1), pp. 22-58.  (accepted 2020)

Carson, James M. and Ellis, Cameron M. and Hoyt, Robert E. and Ostaszewski, Krzysztof, Sunk Costs and Signaling: Two-Part Tariffs in Life Insurance, *Journal of Risk and Insurance*, 2020, 87(3), pp. 689-718.  (accepted 2019)

Hoyt, Robert E., The Impact of Motor Vehicle Simulator Training on Law Enforcement Officer Driving Behavior: Empirical Evidence from Accident Frequency and Severity, *Journal of Insurance Regulation*, 2019, 38(1), pp. 39-63.  (accepted 2019)

Bohnert, Alexander, Nadine Gatzert, Robert E. Hoyt, and Philipp Lechner, The Drivers and Value of Enterprise Risk Management: Evidence from ERM Ratings, *The European Journal of Finance*, forthcoming.  (accepted 2018)

Bohnert, Alexander, Nadine Gatzert, Robert E. Hoyt, and Philipp Lechner, The Relationship Between Enterprise Risk Management, Value and Firm Characteristics Based on the Literature, *Zeitschrift für die Gesamte Versicherungswissenschaft*, Dezember 2017, 106: 311-324. (accepted 2017)

Carson, J., Hoyt, R., & Samples, T. R., Dead or Alive? The Law, Policy, and Market Effects of Legislation on Unclaimed Life Insurance Benefits, *Notre Dame Journal of Law, Ethics & Public Policy*, 2017, 31: 1-31.  (accepted 2016)

Robert E. Hoyt and Andre P. Liebenberg, Evidence of the Value of Enterprise Risk Management, *Journal of Applied Corporate Finance*, Winter 2015, 27 (1), pp. 41-47.  (accepted 2015)

Eckles, David, Robert E. Hoyt, Steven M. Miller, The Impact of Enterprise Risk Management on the Marginal Cost of Reducing Risk: Evidence from the Insurance Industry, *Journal of Banking and Finance*, 2014, 43, 247-261.  (accepted 2014)

Berry-Stölzle, Thomas R., Robert E. Hoyt, and Sabine Wende, Capital Market Development, Competition, Property Rights, and the Value of Insurer Product-Line Diversification: A Cross-Country Analysis, *Journal of Risk and Insurance*, 2013, 80(2), pp. 423-459.  (accepted 2011)

Colquitt, L. Lee, Stephen G. Fier, Robert E. Hoyt, and Andre P. Liebenberg, Adverse Selection in the Credit Life Insurance Market, *Journal of Insurance Regulation*, 2012, 31: 157-180.

Hoyt, Robert E. and Andre P. Liebenberg, The Value of Enterprise Risk Management, *Journal of Risk and Insurance*, 2011, 78(4): 795-822.

Altuntas, Muhammed, Thomas R. Berry-Stölzle, and Robert E. Hoyt, Implementation of Enterprise Risk Management: Evidence from the German Property-Liability Insurance Industry, *Geneva Papers on Risk and Insurance – Issues and Practice*, 2011, 36(3), pp. 414-439.

McCullough, Kathleen A. and Robert E. Hoyt, Managerial Discretion and the Impact of Risk-Based Capital Requirements on Property-Liability Insurer Reserving Practices, *Journal of Insurance Regulation*. 2010, 29: 207-228.

Liebenberg, Andre P., James M. Carson and Robert E. Hoyt, The Demand for Life Insurance Policy Loans,  *Journal of Risk and Insurance*, 2010, 77(3): 651-666.

Hoyt, Robert E., Randy E. Dumm, and Kathleen A. McCullough, Risk Management Case, *Risk Management and Insurance Review*, 2010, 13(1): 147-159.

Berry-Stölzle, Thomas R., Robert E. Hoyt, and Sabine Wende, 2010, Successful Business Strategies for Insurers Entering and Growing in Emerging Markets, *Geneva Papers on Risk and Insurance – Issues and Practice*, 2010, 35(1): 110-129.

Christensen, Theodore E., Robert E. Hoyt, Gyung Paik, and Toni Q. Smith, Market Reactions to Public Media Coverage of Property-Liability Insurers, *Review of Business Research*, 2009, 9(3): 86-103.

Query, J. Tim, Min He, and Robert E. Hoyt, Simultaneous Estimation of Service Quality and Price in the Property-Casualty Insurance Industry, *Journal of Insurance Issues*, Fall 2007, 30(2): 152-172.

*Vita - Robert E. Hoyt*                                                                                          6

Carson, James M., Randy E. Dumm, and Robert E. Hoyt, Incentive Compensation and the Use of Contingent Commissions: The Case of Smaller Distribution Channel Members, *Journal of Insurance Regulation*, Summer 2007, 25(4): 53-68.

Hoyt, Robert E. and Charles A. Lankau, Insurance Coverage Disclosure Laws and their Impact on Insurance Costs, *Journal of Insurance Regulation*, Winter 2006, 25(2): 53-70.

Hoyt, Robert E., Lawrence S. Powell, and David W. Sommer, Computing Value at Risk: A Simulation Assignment to Illustrate the Value of Enterprise Risk Management, *Risk Management and Insurance Review*, Fall 2007, 10(2): 299-307.

Hoyt, Robert E., David Mustard, and Lawrence S. Powell, The Effectiveness of State Legislation in Mitigating Moral Hazard: Evidence from Automobile Insurance, *Journal of Law and Economics*, October 2006, 49: 427-450.

Hoyt, Robert E. and Lawrence S. Powell, Assessing Financial Performance in Medical Professional Liability Insurance, *Journal of Insurance Regulation*, Fall 2006, 25(1): 3-11.

Colquitt, L. Lee, Robert E. Hoyt, and Kathleen C. McCullough, Asbestos and Environmental Reserves Increases and Shareholder Wealth, *North American Actuarial Journal*, July 2006, 10(3): 17-31.

McCullough, Kathleen A. and Robert E. Hoyt, Characteristics of Property-Liability Insurance Acquisition Targets, *Journal of Insurance Issues*, Spring 2005, 28(1): 61-87.

Hoyt, Robert E., Getting the Word Out About ARIA (Presidential Address), *Risk Management and Insurance Review*, Spring 2004, 7: 1-8.

David C. Marlett, David C., John Griffith, Carl Pacini, and Robert E. Hoyt, Terrorism Insurance Coverage: The Market Impact on Insurers and Other Exposed Industries, *Journal of Insurance Regulation*, Winter 2003, 22(2): 41-62.

Dumm, Randy E. and Robert E. Hoyt, Insurance Distribution Channels: Markets in Transition, *Journal of Insurance Regulation*, Fall 2003, 22(1): 27-48.

Carson, James M. and Robert E. Hoyt, Insurer Insolvency Classification Models: Estimation Results and the Importance of Sample Size, *Journal of Insurance Issues*, Fall 2003, 26: 114-128.

Hoyt, Robert E. and Edward B. Hall, Enterprise Risk Management: Evidence shows changing roles of healthcare risk managers, *Journal of Health Care Risk Management*, Spring 2003. 23: 7-11.

Liebenberg, André P. and Robert E. Hoyt, The Determinants of Enterprise Risk Management: Evidence from the Appointment of Chief Risk Officers, *Risk Management and Insurance Review*, Spring 2003, 6: 37-52.

Colquitt, L. Lee, Randy E. Dumm, and Robert E. Hoyt, The Status of Social Security and its Role in Retirement Planning: A Professional Advisor's Perspective, *Risk Management and Insurance Review*, Spring 2002, 5: 21-30.

Browne, M. J., J. M. Carson and Robert E. Hoyt, Dynamic Financial Models of Life Insurers, *North American Actuarial Journal*, April 2001, 5: 11-26.

Browne, Mark J. and Robert E. Hoyt, The Demand for Flood Insurance: Empirical Evidence, *Journal of Risk and Uncertainty*, May 2000, 20: 291-306.

Hoyt, Robert E. and Ho Khang, On the Demand for Corporate Property Insurance, *Journal of Risk and Insurance*, March 2000, 67: 91-107.

Carson, James M. and Robert E. Hoyt, Evaluating the Risk of Life Insurer Insolvency: Implications for the European Union, *Journal of Multinational Financial Management*, 2000, 10: 297-314.

Browne, Mark J., James M. Carson and Robert E. Hoyt, Economic and Market Predictors of Insolvencies in the Life and Health Insurance Industry, *Journal of Risk and Insurance*, Dec. 1999, 66: 643-659.

Hoyt, Robert E. and J. Tim Query, Quality and Satisfaction: What Factors Really Matter in Insurance?, *Journal of International Insurance*, Volume 1, Number 2, 1999.

Hoyt, Robert E. and Kathleen McCullough, CBOT Catastrophe Insurance Options: Are They Zero-Beta Assets?, *Journal of Insurance Issues*, Fall 1999, 22: 147-163.

Christensen, Theodore E., Robert E. Hoyt and Jeffrey S. Paterson, *Ex Ante* Incentives for Earnings Management and the Informativeness of Earnings, *Journal of Business Finance and Accounting*, Sept./Oct. 1999, 26: 807-832.

Colquitt, L. Lee, Robert E. Hoyt and Ryan B. Lee, Integrated Risk Management and the Role of the Risk Manager, *Risk Management and Insurance Review*, Fall 1999, 2: 43-61.

Dumm, Randy E. and Robert E. Hoyt, Surplus Note Utilization by Life Insurers: Empirical Evidence, *Journal of Insurance Regulation*, Spring 1999, 17: 348-378.

Colquitt, L. Lee and Robert E. Hoyt, Determinants of Corporate Hedging Behavior: Evidence from the Life Insurance Industry, *Journal of Risk and Insurance*, December 1997, 64: 649-671.

Colquitt, L. Lee and Robert E. Hoyt, An Empirical Analysis of the Nature and Cost of Fraudulent Life Insurance Claims: Evidence from Resisted Claims Data, *Journal of Insurance Regulation*, Summer 1997, 15: 451-479.

Colquitt, L. Lee and Robert E. Hoyt, An Analysis of Futures and Options Use by Life Insurers, *Journal of Insurance Issues*, Fall 1996, 19: 149-162.

Hoyt, Robert E. Hoyt and L. Lee Colquitt, Futures and Options Use by U.S. Life Insurers, - *Mitteilungen der Aktuarvereinigung Österreichs (Communications of the Austrian Society of Actuaries)*, March 1996, 8: 39-46.

Fleming, William J., Jr. and Robert E. Hoyt, Marketing Your Insurance Program, *The Small Business Controller*, Winter 1996, 9: 17-25.

Carson, James M. and Robert E. Hoyt, Life Insurer Financial Distress: Classification Models and Empirical Evidence, *Journal of Risk and Insurance*, December 1995, 62: 764-775.

Hoyt, Robert E. and Reesa D. Williams, The Effectiveness of Catastrophe Futures as a Hedging Mechanism for Insurers: An Empirical and Regulatory Analysis, *Journal of Insurance Regulation*, Fall 1995, 14: 27-64.

Browne, Mark J. and Robert E. Hoyt, Economic and Market Predictors of Insolvencies in the Property-Casualty Insurance Industry, *Journal of Risk and Insurance*, June 1995, 62: 309-327.

Hoyt, Robert E., Modeling of Insurance Cash Flows for Universal Life Policies, *Journal of Actuarial Practice*, 1994, 2: 197-220.

Hoyt, Robert E. and James S. Trieschmann, Risk/Return Relationships for Life-Health, Property-Liability and Diversified Insurers: Reply, *Journal of Risk and Insurance*, Dec. 1992, 59: 687-689.

Browne, Mark J. and Robert E. Hoyt, Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market, *Journal of Insurance Regulation*, Fall 1992, 11: 67-78.

Carson, James M. and Robert E. Hoyt, An Econometric Analysis of the Demand for Life Insurance Policy Loans, *Journal of Risk and Insurance*, June 1992, 59: 239-251.

**APPENDIX A**

Hoyt, Robert E., E. J. Leverett and James S. Trieschmann, Agency Acquisitions: The Value of Amortizing Expiration Lists, *CPCU Journal*, June 1992, 45: 84-92.

Hoyt, Robert E. and James S. Trieschmann, Risk/Return Relationships for Life-Health, Property-Liability and Diversified Insurers, *Journal of Risk and Insurance*, June 1991, 58: 322-330.

Hoyt, Robert E., The Effect of Insurance Fraud on the Economic System, *Journal of Insurance Regulation*, March 1990, 8: 304-315.

Hoyt, Robert E., Use of Financial Futures by Life Insurers, *Journal of Risk and Insurance*, December 1989, 56: 740-748.

Hoyt, Robert E., Hedging a Credited Rate for a Universal Life Policy, *Journal of Insurance Issues and Practices*, June 1989, 12: 22-37.

*Book Reviews:*

Hoyt, Robert E., *Managing the Insolvency Risk of Insurance Companies* by J. David Cummins and Richard Derrig, *Journal of Risk and Insurance*, 59 (4), December 1992, pp. 713-714.

Hoyt, Robert E., *Liability: Perspectives and Policy* by Robert E. Litan and Clifford Winston, *Journal of Risk and Insurance*, Volume 57, Number 4, December 1990, pp. 730-732.

*Works Submitted But Not Yet Accepted and Works In-Progress:*

Brown, Mark J., Robert E. Hoyt, and Johannes C. Marais, A Comprehensive Examination of Abnormal Stock Returns and the Underwriting Cycle in the Property-Liability Insurance Market, revise and resubmit at the *Journal of Risk and Insurance*, June 2023.

Stith, Melvin T. and Robert E. Hoyt, The Demand for Automobile Insurance: Evidence From Underserved Areas In California.  Working Paper.

Hoyt, Robert E. and Joshua D. Frederick, The Economics of Travel Insurance.  Working paper.

Carson, James M., Peihan Chen, David Eckles, and Robert E. Hoyt, Enterprise Risk Management and Transparency: Evidence from Insider Trading.  Working Paper.

Carson, J. M., Chen, P.-H., Eckles, D. L., Hoyt, R. E.,  and Jiyeon Yun, From the Mouths of Insiders: Insider Trading and Abnormal Returns.  Working Paper.

Dumm, Randy E., Robert E. Hoyt and Lawrence S. Powell, Antitrust Exemptions and Competition in Insurance Markets: Reactions to the McCarran-Ferguson Act.  Working Paper.

Eckles, David L., Robert E. Hoyt, and Jiyeon Yun, The Impact of Enterprise Risk Management on Firm Risks. Working Paper.

Wade, Chip, Robert E. Hoyt, Andre P. Liebenberg, and Jiyeon Yun, Does Enterprise Risk Management Increase Transparency?  Working Paper.

McCullough, Kathleen A. and Robert E. Hoyt, Implications of Corporate Diversification and Focus Strategies.  Working paper.

Bierley, Bobby E., James I. Hilliard and Robert E. Hoyt, Catastrophe Securitization: A Multi-Factor Event Study on the Corporate Demand for Insurance. Working Paper.

Hoyt, Robert E. and Lawrence S. Powell, The Effect of Liability Environment on Tort System Costs: Evidence from Automobile Insurance.  Working Paper.

Eckles, David L. and Robert E. Hoyt, Unemployment Insurance Trust Fund Reserves and Recessions.

*Vita - Robert E. Hoyt*                                                                                                     9

*Other Publications:*

Humphreys, Jeffrey and Robert E. Hoyt, Outlook for the Insurance Markets in 2015, *Dec Page*, Georgia Independent Agents, Fall 2014.

Humphreys, Jeffrey and Robert E. Hoyt, Economic Recovery and the State of the Insurance Markets, *Dec Page*, Georgia Independent Agents, Fall 2013.

Hoyt, Robert E., The American Risk and Insurance Association, in *The Encyclopedia of Actuarial Science*, edited by Jozef L. Teugels and Bjørn Sundt, John Wiley & Sons, Ltd., Chichester, 2004, Volume 1, pp. 61-62.

Hoyt, Robert E. and Kathleen A. McCullough, Reserving Judgment, *Global Reinsurance*, North American Insurance & Reinsurance, 1999 Special Edition, pp. 73-74.

Hoyt, Robert E., Making Flood Insurance Work, *The Journal of Commerce*, July 23, 1993, p. 8A.

Hoyt, Robert E., Health-Care Fraud: One Factor in Soaring Costs, *Hartford Courant*, February 16, 1993, p. 7A.

Hoyt, Robert E., Health Care Insurance Fraud - A Problem For All, *Savannah Business Journal*, January 1993, 4: 23.

Hoyt, Robert E., Insurer Insolvencies: A Broader Perspective, *Florida Underwriter*, November 1991, 8: 18-22.

Hoyt, Robert E., Insurers Won't Track S&L Path, *The Journal of Commerce*, July 29, 1991, p. 8A.

Hoyt, Robert E., A Challenge to Actuaries, *The Actuarial Digest*, April/May 1990, 9: 4.

Hoyt, Robert E., Has Universal Life Really Reduced the Risk of Policy Loan Disintermediation?, *Mid America Insurance*, June 1988, 97: 20.

Bowdidge, John S. and Robert E. Hoyt, How to Select a Good Financial Planner, *Springfield Business Journal*, October 26, 1987, pp. 3-6.

**b.  Grants and Contracts Received:**

Southeastern Conference Visiting Faculty Travel Grant, *The Future of Enterprise Risk Management*, Exploration of future joint research projects between the Center for Insurance Transformation at the University of Mississippi and the Center for Insurance Education and Research at the University of Georgia, 2023.

Research grant, "Research on the Property & Casualty Insurance Market," Chubb Insurance, May 2021–December 2021. Role: Principal investigator.

Research grant, "The Economics of Travel Insurance," US Travel Insurance Association, August 2, 2019–December 31, 2021. Amount: $34,962, Role: Principal investigator.

Research grant, "Catastrophic Wind Disturbances in Natural and Urban Forests - Patterns, Processes, Impacts & Management," UGA Office of the Vice President for Research, January 10, 2020–December 31, 2020, Amount: $ 4,250: Senior/key personnel.

Southeastern Conference Visiting Faculty Travel Grant, Exploration of future joint research projects between the Alabama Center for Insurance Information and Research at the University of Alabama and the Center for Insurance Education and Research at the University of Georgia, 2019.

Contract in support of the study, "The Efficacy of Motor Vehicle Simulator Training of Law Enforcement Officers in Mitigating Risk Management Costs," Georgia Local Government Risk Management Services, through the Center for Insurance Education and Research. April 2016.

**APPENDIX A**

Contract in support of the study, "Unclaimed Life Insurance Benefits: Proposed Legislation and Its Impact on Insurers, Consumers, and States," James M. Carson and Robert E. Hoyt, Kemper Insurance and the National Alliance of Life Companies.  January 2015.

Contract in support of the study, "An Evaluation of Colorado's Unemployment Insurance Trust Fund," Robert E. Hoyt, David Eckles, Marc Ragin and John Ray, JVP Partners, Inc. and the Colorado Office of the State Auditor, Denver, CO.  July 2009.

Contract in support of the study, "Performance of Medical Malpractice Insurers: An Historical Perspective and Current Developments," Robert E. Hoyt and Lawrence S. Powell, Physician Insurers Association of America, Rockville, MD.  December 2007.

Contract in support of the study, "A Trending Approach to Measuring the Effects of Civil Justice Reform:  Evidence from Medical Malpractice Insurance," The Manhattan Institute, June 2007.

Contract in support of the study, "A Study of the Structured Settlement Process," National Structured Settlements Trade Association, April 2007.

Contract in support of the study, "Pricing and Reserving Practices in Medical Malpractice Insurance," Robert E. Hoyt and Lawrence S. Powell, Physician Insurers Association of America, Rockville, MD.  April 2006.

Contract in support of the study, "Profitability in Medical Professional Liability Insurance," Robert E. Hoyt and Lawrence S. Powell, Health Coalition on Liability and Access, Washington, DC. October 2005.

Contract in support of the study, "An Examination of the Role of Insurance Producers and Compensation in the Insurance Industry," Robert E. Hoyt, Randy E. Dumm and James M. Carson, Independent Insurance Agents and Brokers Association, Alexandria, VA.  July 2005.

A Course in Enterprise Risk Management, with Charles Nyce, Grant to develop course materials for the School of Management, Tama University, Japan, August 2001.

Risk Management Information Systems Data Standards, with Dale Goodhue, $30,000 Risk and Insurance Management Society Grant, October 1999.

Vielberth Stiftung Lecture Grant, DM 2,300 grant to deliver lectures at the University of Regensburg, Germany, June 1999.

"Evaluating the Risk of Life Insurer Insolvency: Implications for the European Union," $500 *European Union Center of the University System of Georgia* Research Grant, Nov. 1998.

University of Georgia Office of International Development Grant, $500 grant to attend the 25th Geneva Association Meeting, Vienna, Austria, Sept. 1998.

University of Georgia Research Foundation Foreign Travel Grant, $1,400 grant to attend the 25th Geneva Association Meeting, Vienna, Austria, Sept. 1998.

University of Georgia Research Foundation Foreign Travel Grant, $1,500 grant to attend the 5th International Conference on Insurance Solvency and Finance, London, England, June 1997.

"Economic and Market Predictors of Insolvencies in the Life and Health Insurance Industry," with M.J. Browne and J.M. Carson, $33,000 Society of Actuaries Research Grant, June 1996.

"An Empirical Analysis of the Nature and Cost of Fraudulent Life Insurance Claims: Evidence from Resisted Claims Data," with L. Lee Colquitt, $5,000 *Journal of Insurance Regulation* Research Grant, April 1996.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                                              11

Fulbright Research and Lecturing Fellowship.  Grant to do research and teach risk management and insurance at the Vienna University of Economics and Business Administration, Vienna, Austria, Fall 1995.

"An Efficient Solution to the Problem of Insuring Against Catastrophes," Sarah H. Moss Fellowship to do research at University of Wisconsin, Summer 1994.

"Economic and Market Predictors of Insolvencies in the Property-Casualty Insurance Industry," with Mark J. Browne, $2,500 grant from CPCU-Harry J. Loman Foundation, September 1991.

"Insurance Company Management Computer Game," with James S. Trieschmann, $1,500 UGA Instructional Improvement Grant, May 1991.

"Calculating Confidence Limits for Maximal Daily Margin Calls on Financial Futures Positions," $1,350 grant from Southwest Missouri State University Foundation, May 1987.

**c.  Recognitions and Outstanding Achievements:**

The Robert I. Mehr Research Award, American Risk and Insurance Association, for the paper that best withstood the test of time, The Value of Enterprise Risk Management (with Andre P. Liebenberg), published in the *Journal of Risk and Insurance*. Received, August 3, 2021.

Board Member, Spencer Educational Foundation, New York, NY, 2005-2014, Advisory Council, 2014-present.

Member, Risk Management Research Council, September 2002-present.

Judge, *Business Insurance* Risk Manager of the Year Award, 2015-2017.

Leadership Council Member, Griffith Insurance Education Foundation, Malvern, PA, 2002-2020.

Zurich Natural Catastrophe Advisory Council, Zurich Financial Services, member, 2006-2011.

2013 *Spencer Kimball Writing Award, Journal of Insurance Regulation* Outstanding Paper Award with Lee Colquitt, Stephen Fier, and Andre Liebenberg for "Adverse Selection in the Credit Life Insurance Market."  Received April 2014.

*Faculty Research Award*, Terry College of Business, 2011.

2009 *Geneva Association/IIS Research Award,* $10,000 International Insurance Society Best Paper Award, with Thomas R. Berry-Stölzle and Sabine Wende for "Successful Business Strategies for Insurers Entering and Growing in Emerging Markets," Amman, Jordan, June 9, 2009.

*Faculty Service Award*, Terry College of Business, 2006.

Academic Member of the *Swiss Re Risk and Capital Management Network*, Swiss Reinsurance Company.  January 2000 to December 2001.

Academic Member of the National Risk Management Panel, Willis Advanced Risk Management Services.  March 1997 to September 1999.

1999 *Shin Research Excellence Award,* $2,000 *International Insurance Society Research Round Table* Best Paper Award with J. Tim Query for "Quality and Satisfaction: What Factors Really Matter in Insurance?"  Received July 12, 1999.

1996 *International Insurance Society Research Round Table* Best Paper Award with James M. Carson for "Evaluating the Risk of Insolvency: Implications for Life Insurers Internationally."  Received July 11, 1996.

1995 *Spencer Kimball Writing Award, Journal of Insurance Regulation* Outstanding Paper Award with Reesa D. Williams for "The Effectiveness of Catastrophe Futures as a Hedging Mechanism for Insurers: An Empirical and Regulatory Analysis." Received June 3, 1996.

Terry/Sanford Fellowship, Terry College of Business, The University of Georgia, Summer 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000.

Fulbright Lecturing/Research Fellowship, Institut für Versicherungswirtschaft, Wirtschaftsuniversität Wien, Vienna, Austria, Fall 1995.

1995 *International Insurance Society Research Round Table* Best Paper Award with L. Lee Colquitt for "Managing Risk with Derivatives: Use of Futures and Options by Life Insurers." Received July 13, 1995.

1994 *International Insurance Society Research Round Table* Best Paper Award with Joseph W. Tombs for "The Effect of Product-Line Focus on Insurer Stock Returns." Received June 22, 1994.

1989 *Journal of Insurance Issues and Practices* Outstanding Paper Award for the article, "Hedging a Credited Rate for a Universal Life Policy." Received January 5, 1990.

Chartered Financial Consultant (ChFC) designation received from the American College, Bryn Mawr, PA, August 1, 1991.

Chartered Life Underwriter (CLU) designation received from the American College, Bryn Mawr, PA, February 1, 1990.

Society of Actuaries: completed exams 100, 110, 120, 130, 135, 140, and 150.

Chartered Property Casualty Underwriter (CPCU): completed exams 4 and 9.

Grant Taggart Scholarship, American College, Bryn Mawr, PA, 1985 to 1991.

S.S. Huebner Foundation Fellow, Wharton School, University of Pennsylvania, August 1981 to August 1984.

ITT International Fellowship to the Universität zu Köln, Cologne, Germany, Institute of International Education, NY, August 1980 to July 1981.

Deutscher Akademischer Austauschdienst (DAAD) Goethe Institute Program, Schwäbisch Hall, West Germany, June to August 1979.

d.  **Research Areas:**

*Corporate Hedging and Securitization:*
- enterprise risk management
- determinants of corporate insurance demand
- securitization of insurance risk
- corporate use of financial futures and options

*Managerial Discretion and Insurer Financial Condition:*
- managerial discretion in insurer accounting practices
- determinants of financial solvency

*Economics of Insurance Fraud:*
- economic impact of insurance fraud

*Tort Environment and the Cost of Insurance:*
- impact of laws on insurance costs
- medical liability and other tort issues

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                               13

e.  **Supervision of Student Research:**

> *Ph.D. Dissertation Committees:*

> > *Major Professor:*          Melvin T. Stith, Jr. (August 2011)
> > Steven Miller (May 2010)
> > Kathleen A. McCullough (Aug. 2000)*(State Farm Dissert. Award)*
> > Andrew P. Kuchar (Dec. 1999) *(State Farm Dissertation Award)*
> > J. Tim Query (December 1999)
> > Randy E. Dumm (December 1997)
> > L. Lee Colquitt (August 1995) *(State Farm Dissertation Award)*
> > James M. Carson (August 1993) *(State Farm Dissertation Award)*
> > Ho Khang (December 1991)

> > *Member:*          Justin Waller (current)
> > J.C. Marais (2022)
> > Dan Yang (2022)
> > Giedre Lenciauskaite (WU-Wien, 2019)
> > Jiyeon Yun (August 2019)
> > Anna Song (August 2016)
> > Peihan Chen (December 2015)
> > Jianren Xu (August 2014)
> > Leon Chen (August 2011)
> > William Fleming (Consumer Science, August 2010)
> > Joe Ruhland (December 2006)
> > Enya Min He (August 2006)
> > Andre Liebenberg (December 2004)
> > Lars Powell (August 2002)
> > Cassandra L. Cole (December 2002)
> > Andrew Traldi (Management Science)
> > Ryan B. Lee (December 2000)
> > Melanie McCoskey (Accounting, July 1996)
> > David Carter (Finance, July 1996)
> > Jeff Paterson (Accounting, August 1995)
> > Theodore E. Christensen (Accounting, August 1995)
> > William L. Ferguson (March 1995)
> > Brenda F. Powell (June 1992)
> > Kihong Kim (March 1992)

> *Research/Independent Study by Ph.D. Students (RMIN 8990):*

> > Andrew P. Kuchar          L. Lee Colquitt          Kathleen McCullough
> > Randy E. Dumm          J. Tim Query          Cassandra Cole
> > Joseph W. Tombs          James M. Carson          Andre Liebenberg
> > Ryan B. Lee          Lars Powell          Tommy Stith

> *M.A. Thesis Committees:*

> > *Major Professor:*          Jennifer Atkinson (current)
> > Bobby E. Bierley (awarded December 2008)
> > Reesa D. Williams (awarded August 1994)

> > *Member:*          Ann Rudd (awarded December 1993)

APPENDIX A

*Vita - Robert E. Hoyt*                                                                                      14

**f.    Editorial Service to Journals or Other Learned Publications:**

> *Editorial Boards:*
>> *Journal of Insurance Regulation*
>>> ▪ *JIR* Board of Directors, 1998-2017.
>>> ▪ *JIR Awards* Committee, 1997, 1998, 1999-2000 (Chair), 2001, 2007-2009.
>>> ▪ *JIR* Editorial Review Board, 1996-present.
>>
>> *Risk Management and Insurance Review*
>>> ▪ Associate Editor, 1996-present.
>>> ▪ *RMIR Awards* Committee, 1999 (Chair).
>>
>> *Journal of Financial Service Professionals*
>>> ▪ Associate Editor, 1997-2005.

> *Ad Hoc Reviewer:*
>> *Journal of Risk and Insurance*, 1988-2023.
>> *North American Actuarial Journal*, 2020.
>> *Geneva Risk and Insurance Review*, 2008-2013, 2016-17, 2021-22.
>> *Journal of Banking and Finance*, 2016-18, 2022.
>> *Journal of Risk Research*, 2021.
>> *Journal of Accounting & Organizational Change*, 2020-21.
>> *Journal of Regulatory Economics,* 2017.
>> *The Financial Review*, 2016.
>> *Geneva Papers on Risk and Insurance – Issues and Practice*, 2009-2013, 2017.
>> *Annals of Operations Research*, 2003, 2005.
>> *Southern Economics Review*, 2005.
>> *Journal of Accounting and Public Policy*, 2011, 2014, 2016.
>> *Journal of Insurance Issues Awards* Committee, 1997-98.
>> *Journal of Financial Service Professionals*, 1997-2004.
>> *Risk Management and Insurance Review*, 1996-2014, 2019-2022.
>> *Quarterly Review of Economics and Finance*, 1997.
>> *Journal of Actuarial Practice*, 1996-99.
>> *Journal of Insurance Issues*, 1989, 1990, 1995.
>> *Journal of Insurance Regulation*, 1995-2015.
>> Irwin Publishing, 1995-96.
>> PWS-Kent Publishing, 1988.
>> South-Western Publishing, 2001.
>> West Publishing, 1992.

> *External Reviewer for Promotion, Tenure and Chair Review:*
>> Sue Vagts, University of Nebraska-Lincoln, 2023.
>> Joyce Lin, St. John's University, 2022.
>> Benjamin Collier, Temple University, 2021.
>> Jackie Volkman-Wise, Temple University, 2019.
>> Thomas Wilson, LMU Munich, 2019.
>> Harold Weston, Georgia State University, 2019.
>> Annette Hofmann, St. John's University, 2018.
>> Yijia Lin, University of Nebraska-Lincoln, 2016.
>> Randy Dumm, Temple University, 2016.
>> Marty Grace, Temple University, 2016.
>> Tyler Leverty, University of Wisconsin, 2014.
>> Mark Browne, St. John's University, 2013.

*Vita - Robert E. Hoyt*                                                                    15

> Yijia Lin, University of Nebraska-Lincoln, 2012.
> Sue Vagts, University of Nebraska-Lincoln, 2012.
> Michael McShane, Old Dominion University, 2012.
> Puneet Prakash, Virginia Commonwealth University, 2012.
> Tyler Leverty, University of Iowa, 2011.
> Patty Borne, Florida State University, 2009.
> Faithe Neale, University of North Carolina-Charlotte, 2009.
> Krupa Subramanian, Temple University, 2006.
> Larry Cox, University of Mississippi, 2004.
> Jim Ligon, University of Alabama, 2003.
> Georges Dionne (chair review), HEC Montreal, 2001.
> Mary Weiss, Temple University, 2000.
> Paul Thistle, UNLV, 2000.
> John Bratton, Old Dominion University, 1999.
> Lisa Posey, Pennsylvania State University, 1998.
> Laureen Regan, Temple University, 1998.
> Ann Kleffner, University of Calgary, 1997.
> Michael Theil, Wirtschaftsuniversität Wien, 1997.
> Rob Drennan, Temple University, 1995.

g.    **Convention Papers:**
      (* indicates a published counterpart, ** indicates papers that were especially invited)

*Risk Theory Society:*

** Berry-Stölzle, Thomas R., Robert E. Hoyt, and Sabine Wende, "Capital Market Development, Competition, Property Rights, and the Value of Insurer Product-Line Diversification: A Cross-Country Analysis," University of Georgia, Athens, April 18, 2010.

** Hoyt, Robert E., David Mustard, and Lawrence Powell, "The Effectiveness of Statutory Legislation in Mitigating Moral Hazard: Evidence from Automobile Insurance," St. John's University, New York, April 17, 2004.

** McCullough, Kathleen A. and Robert E. Hoyt, "Implications of Corporate Diversification and Focus Strategies," University of Illinois, Champaign-Urbana, April 6, 2002.

** Colquitt, L. Lee and Robert E. Hoyt, "Determinants of Hedging by Life Insurers: Empirical Evidence," Georgia State University, Atlanta, April 29, 1995.

** Hoyt, Robert E. and Ho Khang, "Determinants of Corporate Insurance Purchases: Empirical Evidence," Wharton School, University of Pennsylvania, Philadelphia, May 1, 1993.

*American Risk and Insurance Association:*

Browne, Mark J., Robert E. Hoyt, Johannes C. Marais, A Reexamination of Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market, Long Beach, CA, August 2022.

Eckles, David L., Robert E. Hoyt, Jiyeon Yun, The Impact of Enterprise Risk Management on Firm Risks, Long Beach, CA, August 2022.

Stith, Melvin T. and Robert E. Hoyt, "The Demand for Automobile Insurance: Evidence from Underserved Areas in California," Virtual Meeting, August 3, 2021.

Carson, J. M., P-H. Chen, D. L. Eckles, R. E. Hoyt, Jiyeon Yun, From the Mouths of Insiders: Insider Trading and Abnormal Returns. Virtual Meeting, August 3, 2020.

Dumm, Randy E., Robert E. Hoyt and Lawrence S. Powell, Antitrust Exemptions and Competition in Insurance Markets: Reactions to the McCarran-Ferguson Act. San Francisco, August 6, 2019.

\* Eling, Martin, Robert E. Hoyt, and Philipp Schaper, The impact of capacity on price and productivity change in the insurance sector: New cross-sectional evidence. Chicago, August 8, 2018.

\* Hoyt, Robert E., The Efficacy of Motor Vehicle Simulator Training of Law Enforcement Officers in Mitigating Risk Management Costs. Toronto, August 9, 2017.

\* Bohnert, A., N. Gatzert, R.E. Hoyt, P. Lechner, Drivers and Value of Enterprise Risk Management: Evidence from ERM Ratings in European Insurance Companies. Boston, August 2016.

Carson, J. M., Chen, P.-H., Eckles, D. L., Hoyt, R. E., "Insider Trading, ERM, and Diversification," World Risk and Insurance Economics Congress, Munich, August 2015.

Bierley, Bobby E., James I. Hilliard and Robert E. Hoyt, "Catastrophe Securitization and the Corporate Demand for Risk Management," Minneapolis, August 8, 2012.

Stith, Melvin T. and Robert E. Hoyt, "The Demand for Automobile Insurance: Evidence From Underserved Areas In California," Minneapolis, August 6, 2012.

Eckles, David L. and Robert E. Hoyt, "Unemployment Insurance Trust Fund Reserves and Recessions," San Diego, August 10, 2011.

\* Altuntas, Muhammed, Thomas R. Berry-Stoelzle, and Robert E. Hoyt, "Dynamic Determinants of Enterprise Risk Management Adoption: Evidence From The Property-Liability Insurance Industry," San Diego, August 8, 2011.

\* Berry-Stölzle, Thomas R., Robert E. Hoyt, and Sabine Wende, "Capital Market Development, Competition, Property Rights, and the Value of Insurer Product-Line Diversification: A Cross-Country Analysis," Singapore, July 27, 2010.

\* Eckles, David, Robert E. Hoyt, Steven Miller, "The Impact of Enterprise Risk Management on the Marginal Cost of Reducing Risk: Evidence from the Insurance Industry," Singapore, July 27, 2010.

Altuntas, Muhammed, Thomas R. Berry-Stoelzle, and Robert E. Hoyt, "Implementation of Enterprise Risk Management: Evidence from the German Property-Liability Insurance Industry," Singapore, July 27, 2010.

*Vita - Robert E. Hoyt*                                                                  17

Hilliard, James I. and Robert E. Hoyt, "It's (Not) Easy Being Green: Returns to Sustainable Business Initiatives in Insurance and Financial Services," Providence, Rhode Island, August 4, 2009.

Wade, Chip, Andre P. Liebenberg and Robert E. Hoyt, "Dispersion in Analysts' Recommendations Around Announcements of A Chief Risk," Providence, RI, August 4, 2009.

\*      Berry-Stoelzle, Thomas R., Robert E. Hoyt and Sabine Wende, "Capital Market Development, Competition, Property Rights, and the Value of Insurer Product-Line Diversification: A Cross-Country Analysis," Providence, RI, August 4, 2009.

Dumm, Randy E., Robert E. Hoyt and Lawrence S. Powell, "Antitrust Exemptions and Competition in Insurance Markets," Portland, OR, August 5, 2008.

\*      Liebenberg, Andre P., James M. Carson and Robert E. Hoyt, "The Demand for Life Insurance Policy Loans," Portland, OR, August 5, 2008.

Bierley, Bobby E., James I. Hilliard and Robert E. Hoyt, "Catastrophe Securitization: A Multi-Factor Event Study on the Corporate Demand for Risk Management," Portland, OR, August 5, 2008.

Hoyt, Robert E., Lawrence S. Powell and Melvin T. Stith, "The Relation between Tort Law Environment and Automobile Insurance Costs," Quebec, August 7, 2007.

\*      Hoyt, Robert E. and Andre P. Liebenberg, "The Value of Enterprise Risk Management: Evidence from the U.S. Insurance Industry," Washington, DC, August 8, 2006.

Hoyt, Robert E. and Lawrence S. Powell, "A Trending Approach to Measuring the Effects of Civil Justice Reform:  Evidence from Medical Malpractice Insurance," Washington, DC, August 9, 2006.

\*      Dumm, Randy E., Robert E. Hoyt and Kathleen A. McCullough, "Risk Management Case Study," Les B. Strickler Innovation in Instruction Award Presentation. Salt Lake City, UT, August 11, 2005.

\*      Hoyt, Robert E. and Kathleen A. McCullough, "Managerial Discretion and the Impact of Risk-Based Capital Requirements on Property-Liability Insurer Reserving Practices," Salt Lake City, UT, August 10, 2005.

Hoyt, Robert E. and Lawrence S. Powell, "The Value of Tort System Fairness: Evidence from Automobile Liability Insurance," Chicago, August 10, 2004.

\*      Hoyt, Robert E. and Charles A. Lankau, "Insurance Coverage Disclosure Laws and their Impact on Insurance Costs," August 13, 2003.

\*      Hoyt, Robert E., "Getting the Word Out about ARIA," Presidential Address, August 12, 2003.

\*      Liebenberg, Andre P. and Robert E. Hoyt, "Determinants of Enterprise Risk Management: Evidence from the Appointment of Chief Risk Officers," Montreal, August 12, 2002.

\*      Marlett, David C., Robert E. Hoyt, and Carl Pacini, "Terrorism Reinsurance Coverage and the Market Impact on Insurers and Related Industries," Montreal, August 12, 2002.

*Vita - Robert E. Hoyt*                                                                    18

Hoyt, Robert E., "The Role of Student Organizations in Strengthening Risk Management and Insurance Programs," Indianapolis, August 14, 2001.

\* Hoyt, Robert E., David Mustard, and Lawrence Powell, "The Effectiveness of Insurance Fraud Statutes: Evidence from Automobile Insurance," Indianapolis, August 13, 2001.

\* Colquitt, L. Lee, Randy E. Dumm and Robert E. Hoyt, "Professional Financial Advisors and the Role of Social Security in Retirement Planning," Baltimore, August 9, 2000.

\* Hoyt, Robert E. and Kathleen A. McCullough, "The Impact of Diversification and Focus on Property-Liability Insurers," Baltimore, August 8, 2000.

\*\* Hoyt, Robert E., "The Impact of Convergence on Curriculum: Integration with Finance and Corporate Risk Management," Vancouver, August 10, 1999.

Hoyt, Robert E. and Kathleen A. McCullough, "Managerial Discretion and the Impact of Risk-Based Capital Requirements on Property-Liability Reserving Practices," Vancouver, August 10, 1999.

Colquitt, L. Lee and Robert E. Hoyt, "The Value of Product-Line Focus: Evidence from Insurer Stock Returns," Vancouver, August 9, 1999.

\* Colquitt, L. Lee, Robert E. Hoyt and Ryan B. Lee, "Holistic Risk Management and Firm Structure," Boston, August 18, 1998.

Kuchar, Andrew and Robert E. Hoyt, "The Impact on Firm Value of Employment Practices Claims," Boston, August 17, 1998.

\* Query, J. Tim and Robert E. Hoyt, "Price and Quality Differences in Insurance: Empirical Evidence," San Diego, August 12, 1997.

\* Browne, Mark J., James M. Carson and Robert E. Hoyt, "Dynamic Financial Models of Life Insurers," San Diego, August 11, 1997.

Colquitt, L. Lee and Robert E. Hoyt, "The Effect of Environmental Liability Reserves Increases by Insurers: Evidence from Securities Prices," Philadelphia, August 13, 1996.

\* Dumm, Randy E. and Robert E. Hoyt, "An Agency Theory Perspective on the Growth of Surplus Note Utilization by Life Insurers: Empirical Evidence," Philadelphia, August 12, 1996.

\* Carson, James M. and Robert E. Hoyt, "Insurer Insolvency Classification Models: Estimation Results and the Importance of Sample Size," Seattle, August 15, 1995.

\* Browne, Mark J. and Robert E. Hoyt, "The Demand for Flood Insurance: Empirical Evidence," Seattle, August 14, 1995.

\* Colquitt, L. Lee and Robert E. Hoyt, "Determinants of Hedging by Life Insurers," Toronto, August 21, 1994.

Hoyt, Robert E., "Measuring the Effects of Insurance Regulation with Stock Price Data," San Francisco, August 24, 1993.

\* Carson, James M. and Robert E. Hoyt, "Identifying Life Insurer Financial Distress: Nonparametric and Parametric Classification Models and Empirical Evidence," Washington, DC, August 19, 1992.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                                  19

\*          Browne, Mark J. and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Property-Casualty Insurance Industry," Washington, DC, August 18, 1992.

\*\*        Hoyt, Robert E. and James S. Trieschmann, "Insurance Company Management Computer Game," *Les Strickler Innovation in Instruction Award Presentation*, Washington, DC, August 16, 1992.

\*          Carson, James M. and Robert E. Hoyt, "An Econometric Analysis of Changes in the Demand for Life Insurance Policy Loans," San Diego, August 19, 1991.

\*          Hoyt, Robert E. and Ho Khang, "Determinants of Corporate Insurance Purchases: Empirical Evidence," San Diego, August 19, 1991.

\*          Browne, Mark J. and Robert E. Hoyt, "Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market," Orlando, August 22, 1990.

\*          Hoyt, Robert E. and James S. Trieschmann, "An Analysis of the Risk/Return Relationship for Life, Property and Liability and Multi-Line Insurance Companies," Denver, August 15, 1989.

\*          Hoyt, Robert E., "Use of Financial Futures by Life Insurance Companies," Reno, August 15, 1988.

*Southern Risk and Insurance Association:*

Frederick, Joshua and Robert E. Hoyt, "The Economics of Travel Insurance," New Orleans, November 2022.

Carson, J., Eastman, E., Hoyt, R., & Kim, K., "Unemployment Benefits and Disintermediation of Life Insurers," New Orleans, November 2022

Carson, James M., Pei-Han Chen, David L. Eckles, and Robert E. Hoyt, Insider Trading, ERM, and Diversification, Charleston, SC, November 2014.

Carson, James M., Robert E. Hoyt, Andre Liebenberg, and Charles Nyce, A Variance Decomposition Analysis of the Demand for Life Insurance Policy Loans, Orlando, FL, November 2013.

Carson, James M., Pei-Han Chen, David L. Eckles, and Robert E. Hoyt, Stock Buybacks, Insider Trading, and ERM, Orlando, FL, November 2013.

Wade, Chip, Robert E. Hoyt, and Andre P. Liebenberg, "Does Enterprise Risk Management Increase Transparency?," New Orleans, LA, November 22, 2011.

Eckles, David L. and Robert E. Hoyt, "Unemployment Insurance Trust Fund Reserves and Recessions," Charleston, SC, November 22, 2010.

Colquitt, L. Lee, Robert E. Hoyt and Andre P. Liebenberg, "Adverse Selection and the Demand for Credit Life Insurance," Charleston, SC, November 22, 2010.

Berry-Stoelzle, Thomas R., Robert E. Hoyt, and Sabine Wende, "Capital Market Development, Competition, Property Rights, and the Value of Insurer Product-Line Diversification: A Cross-Country Analysis," Orlando, FL, November 23, 2009.

Hilliard, James I. and Robert E. Hoyt, "It's (Not) Easy Being Green:' Returns to Sustainable Business Initiatives in Insurance and Financial Services," Providence, Rhode Island, November 24, 2009.

\* Altuntas, Muhammed, Thomas R. Berry-Stoelzle, and Robert E. Hoyt, "A Survey of Enterprise Risk Management Implementation in the German Property-Liability Insurance Industry," Orlando, FL, November 24, 2009.

Bierley, Bobby E., James I. Hilliard and Robert E. Hoyt, "Catastrophe Securitization: A Multi-Factor Event Study on the Corporate Demand for Risk Management," Bay St. Louis, MS, November 24, 2008.

Hoyt, Robert E., Lawrence S. Powell and Melvin T. Stith, "The Relation between Tort Law Environment and Automobile Insurance Costs," Hilton Head Island, SC, November 20, 2006.

Carson, James M., Robert E. Hoyt and Andre P. Liebenberg, "The Demand for Life Insurance Policy Loans," Orlando, FL, November 21, 2005.

Hoyt, Robert E. and Lawrence S. Powell, "The Effect of Liability Environment on Tort System Costs: Evidence from Automobile Insurance," Orlando, FL, November 22, 2005.

Hoyt, Robert E. and Lawrence S. Powell, "The Value of Tort System Fairness: Evidence from Medical Malpractice Insurance," Charleston, SC, November 23, 2004.

Hoyt, Robert E. and Lawrence S. Powell, "The Value of Tort System Fairness: Evidence from Automobile Liability Insurance," Clearwater, FL, November 25, 2003.

Hoyt, Robert E. and Charles A. Lankau, "Insurance Coverage Disclosure Laws and their Impact on Insurance Costs," Clearwater, FL, November 25, 2003.

Colquitt, L. Lee, Robert E. Hoyt, and Charles Nyce, "On the Demand for Credit Life Insurance," Clearwater, FL, November 24, 2003.

Colquitt, L. Lee, Robert E. Hoyt, and Kathleen A. McCullough, "Asbestos and Environmental Reserves Increases and Shareholder Wealth," New Orleans, November 25, 2002.

Hoyt, Robert E. and Andre Liebenberg, "Value Relevance of Enterprise Risk Management: Evidence from the Appointment of Chief Risk Officers," Savannah, November 19, 2001.

\* Christensen, Theodore E., Robert E. Hoyt, and Toni Q. Smith, "The Value Relevance of News Announcements about Property-Liability Insurers: An Analysis of Coverage in Public Media," Savannah, November 19, 2001.

Colquitt, L. Lee and Robert E. Hoyt, "Adverse Selection and the Demand for Credit Life," San Antonio, November 20, 2000.

Hoyt, Robert E., David Mustard, and Lawrence Powell, "The Effect of Legislation and Public Expenditures on the Level of Insurance Fraud: Evidence from Automobile Insurance Claims," Orlando, November 22, 1999.

Hoyt, Robert E. and Kathleen McCullough, "Motives for Acquisition in the Property-Liability Insurance Industry," Orlando, Nov. 22, 1999.

Hoyt, Robert E. and Andrew Kuchar, "The Long-Term Consequences of Employment Practices Liability: Empirical Evidence," Williamsburg, VA, November 24, 1998.

** Hoyt, Robert E., "A Course in Integrated Risk Management," Williamsburg, VA, November 23, 1998.

Hoyt, Robert E. and Kathleen McCullough, "The Impact of Risk-Based Capital Requirements on the Reserving Practices of Property- Liability Insurers," Williamsburg, VA, November 23, 1998.

Eckles, David E. and Robert E. Hoyt, "S&P Ratings: Predictors of Solvency? Evidence from the Life Insurance Industry," Williamsburg, VA, November 23, 1998.

Colquitt, L. Lee, Robert E. Hoyt and Ryan B. Lee, "Integration of Operational Risk Management and Financial Risk Management: The Role of the Operational Risk Manager in Enterprise Risk Management," Asheville, Nov.25, 1997.

* Hoyt, Robert E. and Kathleen McCullough, "CBOT Catastrophe Insurance Options: Are They Zero-Beta Assets?" Asheville, Nov. 26, 1997.

Dumm, Randy E., Robert E. Hoyt and David Sommer, "Group Affiliation and Financial Distress: The Role of Internal Capital Markets," Asheville, NC, November 26, 1997.

Query, J. Tim and Robert E. Hoyt, "Does Regulation Influence Quality and Price in Insurance?," Asheville, NC, November 26, 1997.

* Colquitt, L. Lee and Robert E. Hoyt, "An Empirical Analysis of the Nature and Cost of Fraudulent Life Insurance Claims: Evidence from Resisted Claims Data," Hilton Head Island, SC, November 25, 1996.

Query, J. Tim and Robert E. Hoyt, "An Agency Theoretic Model of Benefit Plan Choice: Empirical Evidence," Charleston, SC, November 21, 1995.

Dumm, Randy E. and Robert E. Hoyt, "The Role of Agency Theory in Determining Surplus Note Utilization: Empirical Evidence," Charleston, SC, November 21, 1995.

* Colquitt, L. Lee and Robert E. Hoyt, "An Analysis of Futures and Options Use by Life Insurers," Charleston, SC, November 20, 1995.

* Hoyt, Robert E. and Reesa D. Williams, "The Effectiveness of Catastrophe Futures as a Hedging Mechanism for Insurers: An Empirical and Regulatory Analysis," Point Clear, AL, November 21, 1994.

Colquitt, L. Lee and Robert E. Hoyt, "Determinants of Hedging by Life Insurers: Empirical Evidence," New Orleans, November 22, 1993.

Hoyt, Robert E., "Measuring the Effects of Insurance Regulation with Stock Price Data: The McCarran-Ferguson Act," St. Petersburg, FL, Nov. 23, 1992.

Hoyt, Robert E. and J. W. Tombs, "The Effect of Product-Line Focus on Insurance Company Stock Performance: A Pooled Cross-Sectional Time-Series Analysis," St. Petersburg, FL, Nov. 23, 1992.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                                        22

Browne, Mark J. and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Property-Casualty Insurance Industry," Williamsburg, VA, November 25, 1991.

Carson, James M. and Robert E. Hoyt, "An Econometric Analysis of Changes in the Demand for Life Insurance Policy Loans," Amelia Island, FL, November 19, 1990.

\*      Hoyt, Robert E., "The Economic Impact of Insurance Fraud," Nashville, November 20, 1989.

\*      Hoyt, Robert E., "Hedging a Credited Rate for a Universal Life Policy," Charleston, November 21, 1988.

\*      Hoyt, Robert E., "Modeling of Insurance Cash Flows for a Universal Life Policy," Savannah, November 24, 1987.

*Western Risk and Insurance Association:*

Eckles, David L., Robert E. Hoyt, and Jiyeon Yun, "The Impact of Enterprise Risk Management on Firm Risks," Puerto Vallarta, Mexico, January 4, 2020.

Carson James M., Peihan Chen and David Eckles, "Enterprise Risk Management and Transparency: Evidence from Insider Trading," Monterey, CA, January 4, 2019.

Colquitt, L. Lee and Robert E. Hoyt, "On the Demand for Credit Life Insurance," Santa Barbara, January 5, 2001.

Hoyt, Robert E. and Kathleen A. McCullough, "The Implications of Diversification and Focus Strategies for Targeted Property-Liability Insurers," Santa Barbara, January 4, 2001.

\*      Christensen, Theodore E., Robert E. Hoyt and Jeffrey S. Paterson, "Incentives for Earnings Management in the Property and Liability Insurance Industry and the Informativeness of Earnings," Maui, Hawaii, January 10, 1998.

\*      Browne, Mark J., James M. Carson and Robert E. Hoyt, "Economic and Market Predictors of Insolvencies in the Life and Health Insurance Industry," Santa Barbara, January 3, 1997.

Hoyt, R. E. and J. S. Trieschmann, "Intra-industry Risk-Return Relationships for Life, Property and Liability and Diversified Insurers," Honolulu, January 4, 1990.

*Presentations at Universities:*

"A Reexamination of Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market," (with Mark Browne and JC Marais), Temple University, April 2, 2022.

"The Impact of Motor Vehicle Simulator Training on Law Enforcement Officer Driving Behavior: Empirical Evidence from Accident Frequency and Severity," University of Alabama, February 11, 2019.

"Enterprise Risk Management and Transparency: Evidence from Insider Trading", (with Jim Carson, Peihan Chen and David Eckles), University of Alabama, February 8, 2019.

"Enterprise Risk Management and Transparency: Evidence from Insider Trading", (with Jim Carson, Peihan Chen and David Eckles), University of Nebraska-Lincoln, August 31, 2018.

"Enterprise Risk Management and Transparency: Evidence from Insider Trading", (with Jim Carson, Peihan Chen and David Eckles), University of Sankt Gallen, Switzerland, July 4, 2018.

"Does Enterprise Risk Management Increase Transparency?", (with Chip Wade and Andre Liebenberg), Florida State University, March 16, 2015.

"Does Enterprise Risk Management Increase Transparency?", (with Chip Wade and Andre Liebenberg), California State University – Fullerton, January 30, 2015.

"Capital Market Development, Competition, Property Rights, and the Value of Insurer Product-Line Diversification: A Cross-Country Analysis," (with Thomas Berry-Stölzle and Sabine Wende), University of Wisconsin – Madison, October 1, 2011.

"The Value of Catastrophe Securitization," (with Bobby Bierley and Jim Hilliard), Institutstag – Institut für Versicherungswissenschaft an der Universität zu Köln, June 6, 2011.

"The Impact of Enterprise Risk Management on the Marginal Cost of Reducing Risk: Evidence from the Insurance Industry" (with David Eckles and Steve Miller), CEQURA Conference, Advances in Financial and Insurance Risk Management, LMU München, September 24, 2010.

"Successful Business Strategies for Insurers Entering and Growing in Emerging Markets," (with Thomas Berry-Stölzle and Sabine Wende), INRIVER Brownbag-Seminar, LMU München, June 6, 2009.

"The Value of Enterprise Risk Management," (with Andre Liebenberg), M&M Seminar, LMU München, May 28, 2009.

"Catastrophe Securitization as a Risk Management Tool," Vorlesung (Richter), LMU München, May 25, 2009.

"Developing a Scholarly Research Agenda in ERM: Opportunities and Challenges," North Carolina State University – ERM Symposium, April 10, 2008.

"The Value of Enterprise Risk Management: Evidence from the U.S. Insurance Industry," North Carolina State University, December 1, 2006.

"The Effectiveness of State Legislation in Mitigating Moral Hazard: Evidence from Automobile Insurance," University of Nebraska-Lincoln, October 15, 2004.

"The Status and Future of Enterprise Risk Management and the Chief Risk Officer in the U.S.," Tama University, Tokyo, July 11, 2002.

"The Effectiveness of Insurance Fraud Statutes: Evidence from Automobile Insurance," University of Wisconsin – Madison, October 26, 2001.

"Determinants of Corporate Property Insurance Purchases: Empirical Evidence," "Integriertes Risk Management und die Rolle des Risk Managers," and "*Ex Ante* Earnings Management and the Informativeness of Earnings," Universität Regensburg, June 9-11, 1999.

"Determinants of Corporate Hedging Behavior: Evidence from the Life Insurance Industry," University of Minnesota, February 9, 1996.

\* "Futures and Options Use by U.S. Life Insurers," Technische Universität Wien, Vienna, Austria, December 5, 1995, presented in German.

"Determinants of Corporate Insurance Purchases: Empirical Evidence," Indiana University, March 18, 1994.

*Other Convention Papers and Presentations:*

\*\* "Review and Application," CIAB Insurance Professional School Webinar, July 11, 2023.

\*\* "Finance Fundamentals in Risk Management," CIAB Insurance Professional School Webinar, June 15, 2023.

\*\* "Next Generation in Insurance Panel," Beazley Insurance Brokers' Conference, Savannah, GA, May 25, 2023.

\*\* "What In The World Are They Teaching Our Kids?," Educational Session, Spencer Educational Foundation, National Risk and Insurance Management Society annual conference, Atlanta, GA, May 2, 2023.

\*\* "Bank Risk Management," Georgia Banking School, Athens, GA, May 1, 2023.

\*\* "Understanding the Economics and Principles of Risk Management and Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff, Washington, DC, March 17, 2023.

\*\* "Gun Liability Insurance," National Conference of Insurance Legislators, San Diego, CA, March 11, 2023.

\*\* "Understanding the Economics of the Insurance Market," Griffith Foundation Educational Seminar, National Conference of Insurance Legislators, San Diego, CA, March 10, 2023.

\*\* "Risk Management Fundamentals," CIAB Insurance Professional School Webinar, March 7, 2023.

\*\* "The State of the Insurance Market," Georgia Young Agents' Leadership Conference, Athens, GA, February 9, 2023.

\*\* "Review and Application," CIAB Insurance Professional School Webinar, January 24, 2023.

"The Impact of Enterprise Risk Management on Firm Risk Taking Behavior," (with David Eckles and Jiyeon Yun), Behavioral Insurance Workshop, University of Munich, Munich, December 2022.

\*\* "From Assignments to Interactive Text: An Author's Journey," UGA Top Hat On Campus Symposium, Athens, November 9, 2022.

"A Reexamination of Excess Returns and the Underwriting Cycle in the Property-Liability Insurance Market," (with Mark Browne and JC Marais), EGRIE annual conference, Vienna, September 2022.

\*\* "Finance Fundamentals in Risk Management," CIAB Insurance Professional School Webinar, September 29, 2022.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                 25

**     "Risk Management Fundamentals," CIAB Insurance Professional School Webinar, September 16, 2022.

**     "Insurance Trends," Liberty Mutual Insurance: Targeted Development Program Webinar, June 17, 2022.

**     "Captives: Back to Basics," Griffith Insurance Education Foundation Webinar with NAIC, June 9, 2022.

**     "Review and Application," CIAB Insurance Professional School Webinar, May 24, 2022.

**     "Finance Fundamentals in Risk Management," CIAB Insurance Professional School Webinar, May 12, 2022.

**     "Perspectives on Insurance," Liberty Mutual Insurance: Senior Manager Development Program Webinar, May 5, 2022.

**     "The Economics of Travel Insurance," United States Travel Insurance Association annual conference, Austin, TX, May 3, 2022.

**     "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 2, 2022.

**     "Perspectives on Insurance," Liberty Mutual Insurance: Manager Development Program Webinar, April 6, 2022.

**     "Risk Management Fundamentals," CIAB Insurance Professional School Webinar, February 16, 2022.

**     "Review and Application," CIAB Insurance Professional School Webinar, January 26, 2022.

**     "Risk Management Fundamentals," CIAB Insurance Professional School Webinar, September 22, 2021.

**     "The Top Risks for 2021 and Beyond: The Future May Arrive Sooner Than You Think," RisKonnect Conference, Chateau Elan, GA, September 21, 2021.

**     "Perspectives on Insurance," Liberty Mutual Insurance: Senior Manager Development Program Webinar, May 13, 2021.

**     "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 3, 2021.

**     "Perspectives on Insurance," Liberty Mutual Insurance: Manager Development Program Webinar, April 14, 2021.

**     "The Use of Captives to Fill Gaps During Times of Crisis: An Unbiased Examination," Griffith Insurance Education Foundation Webinar for Regulators, December 15, 2020.

**     "Commercial Underwriting: What Every Executive in an Insurer Should Know," Liberty Mutual Talks Executive Webinar, July 30, 2020.

**     "Understanding Claims: What Every Executive in an Insurer Should Know," Liberty Mutual Talks Executive Webinar, June 25, 2020.

*Vita - Robert E. Hoyt*                                                                    26

**     "Captive Insurance: Exploring Underpinnings and Evaluating Opportunities," Griffith Insurance Education Foundation Webinar for Regulators, June 12, 2020.

**     "Emerging Risks and the Evolving Role of Risk Management," WTW Risk Leadership Academy, Atlanta, GA, October 9, 2019.

**     "Emerging Risks –Challenges and Opportunities in the Insurance Industry," Dixon Hughes Goodman Industry Insights Conference, Charlotte, NC, June 20, 2019.

**     "Opportunities and Challenges in Claims," Crawford & Company Board Dinner, Atlanta, GA, May 7, 2019.

**     "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 6, 2019.

"The Impact of Motor Vehicle Simulator Training on Law Enforcement Officer Driving Behavior: Empirical Evidence from Accident Frequency and Severity," Behavioral Insurance Workshop, University of Munich, Munich, December 11, 2018.

**     "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 9, 2018.

"The Efficacy of Motor Vehicle Simulator Training of Law Enforcement Officers in Mitigating Risk Management Costs," Risk Management Research Council, Atlanta, GA, March 15, 2018.

**     "Captive Insurance Companies: A Primer for Public Policymakers," Griffith Insurance Education Foundation Webinar for Pennsylvania Department of Insurance staff members, March 1, 2017.

"Sunk Costs and Signaling: Two-Part Tariffs in Life Insurance," (with J. Carson, C. Ellis, and K. Ostaszewski), Behavioral Insurance Workshop, University of Munich, Munich, December 2016.

"Insider Trading and Enterprise Risk Management," (with J. Carson, P. Chen, and D. Eckles), Deutscher Verein für Versicherungswissenschaft annual seminar, Vienna, Austria, March 2016.

**     "A Review of the National Flood Insurance Program (NFIP) with Implications for the GUA," Georgia Underwriting Association Annual Board Meeting, St. Simons Island, GA, November 21, 2016.

**     "Increasing Complexity in the Insurance Industry," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, May 26, 2016.

**     "Preparing the Next Generation of Risk Management Professionals," Marsh Client Advisory Council, Atlanta, GA, May 5, 2016.

**     "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 4, 2016.

**     "The Evolution of Captives," The Center for Insurance Policy and Research, NAIC Meetings, Washington, DC, November 18, 2015.

**     "Increasing Complexity in the Insurance Industry," State Street Global Exchange Client Conference, Las Vegas, NV, November 9, 2015.

APPENDIX A

*Vita - Robert E. Hoyt*                                                                                          27

**   "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, September 22, 2015.

**   "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 3, 2015.

  "Discussion: Putting Everything under the Same Umbrella – Hazard-Specific Supply Reactions in the Aftermath of Natural Disasters," Behavioral Insurance Workshop, Discussant, Munich, December 15, 2014.

**   "Understanding the Insurance Industry," State Street (in conjunction with Terry Executive Programs), Boston, MA, December 8, 2014.

**   "The Continued Evolution of Risk Management Education," MAPI Risk Management Council, Dallas, TX, September 19, 2014.

  "BSA/AML Requirements for the Insurance Industry--Bank Secrecy Act (BSA) and Anti-Money Laundering (AML)," Risk Management Research Council, Hartford, CT, September 11, 2014.

**   "The Value of Enterprise Risk Management," Milliman Property-Casualty Consultants Forum (keynote), Charlotte, NC, June 4, 2014.

**   "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, June 2, 2014.

**   "Risk Reporting and Impact," Milliman Risk Institute, Phoenix, May 6, 2014.

**   "Risk Management for Banking Institutions," Georgia Banking School, Athens, GA, May 4, 2014.

**   "The Impact of Tort Reform on Liability Costs," Georgia College – Frank Bone Memorial Lecture, March 7, 2014.

**   "ERM During Eventful Times," Milliman Risk Institute, Chicago, May 13, 2013.

**   "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, May 6, 2013.

**   "The State of the Industry," Young Agents Committee of Georgia, Sales and Leadership Conferences, Athens, February 7, 2013.

**   "The State of the Industry," SunTrust Insurance Risk Management Retreat, Athens, January 4, 2013.

**   "The State of the Industry," Insurance Accounting and Systems Association, Fall Educational Conference (keynote speaker), Atlanta, November 29, 2012.

**   "The Value of Enterprise Risk Management," Milliman Risk Institute, New York City, May 10, 2012.

**   "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, April 30, 2012.

  "The Role of Black Swans in Enterprise Risk Management," Risk Management Research Council, Atlanta, March 15, 2012.

*Vita - Robert E. Hoyt*                                                                                    28

** "The Evolving Insurance & Risk Management Landscape," Keynote, BB&T Annual Producers Meeting, Atlanta, GA, December 1, 2011.

** "Emerging Issues in Risk Management," Keynote, Riskonnect User Conference, Marietta, GA, October 5, 2011.

** "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, June 13, 2011.

** "Solvency Regulation: A Perspective from the US," Gen Re Client Symposium, Cologne, Germany, May 23, 2011.

** "Emerging Issues in Risk Management," Arch Customer Forum, Atlanta, March 17, 2011.

** "Catastrophe Risk and Market Correlations" (with James I. Hilliard), Zurich Natural Catastrophe Advisory Council, Menlo Park, CA, February 24, 2011.

** "The State of the Industry," Insurance Accounting and Systems Association, Fall Educational Conference (keynote speaker), Atlanta, October 27, 2010.

** "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, June 21, 2010.

** "Pharmaceutical Risk Management: An Overview and Introduction," 34th Annual GMP Conference, University of Georgia, Athens, March 16, 2010.

** "Risk Management in a Changing World: Opportunities for Young Agents," Young Agents Committee, Georgia Independent Insurance Agents, Mid-Year Conference, February 19, 2010.

** "The Current State of Enterprise Risk Management: An Academic Perspective," Enterprise Risk Management Roundtable, A Terry College of Business and Sunera Partnership Event, December 3, 2009.

** "Market Forecast, Recession Strategies and Opportunities," Independent Insurance Agents of Georgia Board Retreat, Lake Lanier Islands, GA, November 7, 2009.

** "Surviving the Recession: Industry Forecast," Small and Rural Agents Conference, Athens, October 9, 2009.

** "The Future of the Insurance Industry: A Focus on America's Small Businesses," with David L. Eckles, Executive education seminar for the Board of Directors of Employers Insurance Company (Reno, NV), coordinated by the Terry Executive Programs, July 30, 2009.

** "The Recession and the Impact on Nat Cat Insurance," Zurich Natural Catastrophe Council, Boulder, CO, June 25, 2009.

** "Successful Business Strategies for Insurers Entering and Growing in Emerging Markets," (with Thomas R. Berry-Stoelzle and Sabine Wende), International Insurance Society 45th Annual Seminar, Amman, Jordan, June 2009.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                                          29

** "Catastrophe Securitization: An Event Study on the Corporate Demand for Risk Management" (with Bobby Bierley and James I. Hilliard), Swiss Re Germany – München, May 20, 2009.

** "The Business of Insurance," Griffith Insurance Education Foundation Seminar for Congressional staff of members on the Financial Services Committee, Washington, DC, May 11, 2009.

** "Market Forecast and Recession Strategy Symposium," Metro Alliance of Independent Agents meeting, Atlanta, March 25, 2009.

** "The Basic Principles of Risk Management and Insurance," Griffith Foundation Educational Seminar, National Conference of Insurance Legislators, Duck Key, FL, November 19, 2008.

** "Catastrophe Securitization: Insurance Linked Securities and Derivatives," Zurich Natural Catastrophe Council, Princeton, NJ, June 13, 2008.

** "The Value of Enterprise Risk Management: Evidence from the U.S. Insurance Industry," Society of Actuaries / Casualty Actuarial Society ERM Symposium, Chicago, April 16, 2008.

** "The Basic Principles of Risk Management and Insurance," Griffith Foundation Educational Seminar, Ohio State University, Columbus, OH, October 6-8, 2007.

** "The Basic Principles of Risk Management and Insurance," Griffith Foundation Educational Seminar, Ohio State University, Columbus, OH, February 10-12, 2007.

** "Challenges and Opportunities for Insurance Professionals," Keynote Speaker, Independent Insurance Agents of Georgia 109th Annual Convention, Amelia Island, FL, June 10, 2006.

** "The Insurance Business – Past, Present and Future," Insurance Expo, Athens, GA, March 29, 2006.

** "The Value of Enterprise Risk Management: Evidence from the U.S. Insurance Industry," with Andre P. Liebenberg, 2006 Annual Congress, German Insurance Science Association, Berlin, Germany, March 23, 2006.

** "The Prevention of Insurance Fraud in the U.S. Auto, Life and Health Insurance Markets," Special Lecture to the Korean Insurance Development Institute, Seoul, July 7, 2005.

** "The Basic Principles of Risk Management and Insurance," Griffith Foundation Educational Seminar for the Wisconsin House Insurance Committee, Madison, WI, May 25, 2005.

** "Training Tomorrow's Risk Management Professionals," AON eSolutions Client Advisory Board, Atlanta, GA, May 12, 2005.

** "Challenges and Opportunities for Insurance Professionals - The Next 10 Years," Independent Insurance Agents of Georgia Annual Strategic Planning Retreat, Athens, GA, April 28, 2005.

** "Industry Trends: Challenges and Opportunities for 2005," Insurance Expo, Athens, GA, March 30, 2005.

*Vita - Robert E. Hoyt*                                                          30

"ERM Best Practices Update: Coca-Cola Enterprises: A Case Study," with Dennis Baltz, Risk Management Research Council, Santa Barbara, CA, March 10, 2005.

** "Property and Liability Insurance and Regulatory Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, February 12-14, 2005.

** "Training Tomorrow's Risk Management Professionals," Manufacturers Alliance Risk Management Council Meeting, New Orleans, LA, January 26, 2005.

** "Professional Risk Management -- How Are Your Skills?," Keynote Speaker, Risk and Insurance Management Society's 35th Southeastern Educational Conference, Hilton Head Island, SC, September 30, 2004.

** "The UGA Risk Management and Insurance Program," Griffith Foundation Board of Trustees Meeting, Columbus, OH, May 7, 2004.

** "Ethics and Professionalism in Insurance," Charlotte CPCU Society and Charlotte Association of Insurance Women, Charlotte, NC, April 6, 2004.

** "Risk Management, Professional Agents, and the Future," Insurance Expo, Athens, GA, March 31, 2004.

** "Property and Liability Insurance and Regulatory Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, October 25-27, 2003.

** "Credit for Reinsurance," National Conference of Insurance Legislators Meeting, Williamsburg, VA, July 11, 2003.

** "Walking the Hard Market Tightrope," Insurance Expo, Athens, GA, March 26, 2003.

** "Property and Liability Insurance and Regulatory Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, February 10-11, 2003.

"Determinants of Enterprise Risk Management: Evidence from the Appointment of Chief Risk Officers," with Andre Liebenberg, Risk Management Research Council, Memphis, September 26, 2002.

"Asbestos and Environmental Reserves Increases and Shareholder Wealth," with L. Lee Colquitt and Kathleen A. McCullough, Casualty Loss Reserve Seminar Arlington, VA, September 23, 2002.

** "Advances in Risk Management Education," PHT/PHTS/PHLIP Joint Boards, Asheville, NC, August 23, 2002.

* "Insurance Distribution Channels: Markets in Transition," with Randy E. Dumm, International Insurance Society Seminar, Singapore, July 17, 2002.

** "The Status and Future of Enterprise Risk Management and the Chief Risk Officer in the U.S.," Nikkei, Tokyo, July 10, 2002.

** "Agents and Brokers as Risk Managers," Insurance Expo, Athens, GA, March 27, 2002.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                 31

\*\*    "Risk Management, Insurance and Reinsurance Principles," Griffith Foundation Educational Seminar for Indiana Insurance Legislators, Indianapolis, January 14, 2002.

\*\*    "Property and Liability Insurance and Regulatory Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, September 9-10, 2001.

"CRO's Expanding Influence," National RIMS Conference, Atlanta, May 1, 2001.

"Enterprise Risk Management and the Role of the Risk Manager," Atlanta RIMS Educational Conference, January 18, 2001.

"Enterprise Risk Management and the CRO," National RIMS Conference, San Francisco, May 3, 2000.

\*\*    "The History of Risk and Insurance: It's like déjà vu all over again," Atlanta Insurance Day, Luncheon Speaker (600 attendees), November 3, 1999.

\*    "Evaluating the Risk of Life Insurer Insolvency: Implications from the U.S. for the European Union," with James M. Carson, 12th Annual Australasian Finance & Banking Conference, Sydney, Australia, December 16, 1999.

\*\*    "Property and Liability Insurance Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, Sept. 19, 1999.

\*    "Quality and Satisfaction: What Factors Really Matter in Insurance?," with J. Tim Query, International Insurance Society Seminar, Berlin, Germany, July 13, 1999.

\*\*    "Integrated Risk Management and the Role of the Risk Manager," with Lee Colquitt and Ryan Lee, Special Interest Seminar on Financial Risk Management, Casualty Actuarial Society, Denver, April 12, 1999.

"The Demand for Flood Insurance: Empirical Evidence," with Mark J. Browne, 25th Geneva Association, Vienna, September 21, 1998.

\*\*    "Insurance and the Holocaust," National Conference of Insurance Legislators Meeting, Boston, July 15, 1998.

\*\*    "Dynamic Financial Models of Life Insurers," with Mark J. Browne and James M. Carson, Society of Actuaries Annual Meeting, Washington, DC, Oct. 28, 1997.

\*\*    "Property and Liability Insurance Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, Sept. 27, 1997.

\*\*    "Economic and Market Predictors of Insolvencies in the Life and Health Insurance Industry," with Mark J. Browne and James M. Carson, 5th International Conference on Insurance Solvency and Finance, London, June 19, 1997.

\*    "Evaluating the Risk of Insolvency: Implications for Life Insurers Internationally," with James M. Carson, International Insurance Society Seminar, Amsterdam, The Netherlands, July 11, 1996.

\*\*    "NAIC Model Investment Law: Alternative Approaches," National Conference of Insurance Legislators Meeting, Washington, DC, March 15, 1996.

\*\*    "Risk Management," Austrian-American Fulbright Seminar in American Studies, Alten Markt, Land Salzburg, Austria, November 25, 1995.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                                         32

&ast;&ast;  "Managing Risk with Derivatives: Use of Futures and Options by Life Insurers," with L. Lee Colquitt, International Insurance Society Seminar, Washington, DC, July 13, 1995.

&ast;&ast;  "Insurance Issues for Legislators," Griffith Foundation Educational Seminar for Michigan Insurance Legislators, Lansing, MI, May 8, 1995.

&ast;&ast;  "Property and Liability Insurance Issues," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, Feb. 3, 1995.

&ast;  "The Effect of Product-Line Focus on Insurer Stock Returns," with Joseph W. Tombs, International Insurance Society Seminar, Madrid, Spain, June 23, 1994.

&ast;&ast;  "Identifying Life Insurer Financial Distress: Classification Models and Empirical Evidence," with J.M. Carson, Salomon Center Conference on Dynamics of the Insurance Industry, New York University, New York, NY, May 20, 1993.

&ast;&ast;  "Liability Insurance and Workers' Compensation," Griffith Foundation Educational Seminar for Insurance Legislators, Columbus, OH, February 6, 1993.

&ast;&ast;  "Insurance Market Price Cycles," Georgia Mutual Insurers Association annual meeting, Athens, GA, October 2, 1992.

&ast;&ast;  "The Effect of Insurance Fraud on the Economic System," Insurance Fraud Seminar, Midwest Claim Association annual meeting, Chicago, May 15, 1992.

&ast;&ast;  "The Effects of Insurance Fraud: An Economic Perspective," FBI Insurance Fraud Educational Seminar, Federal Bureau of Investigation, National Training Center, Quantico, VA, January 24, 1992.

&ast;&ast;  "The Effect of Insurance Fraud on the Economic System," Insurance Fraud Seminar, International Claim Association annual meeting, Nashville, Oct. 22, 1991.

&ast;&ast;  "Economic Impact of Fraud on the Insurance Industry," Insurance Fraud Investigation Seminar, American Insurance Services Group, San Diego, March 18, 1991.

&ast;&ast;  "Issues in Hospital Risk Management and Insurance," Georgia Hospital Association Insurance Board annual retreat, Lanier Islands, GA, September 13, 1990.

&ast;&ast;  "The Impact of Insurance Fraud on the Economic System," Georgia Mutual Insurers Association annual meeting, Athens, GA, Sept. 11, 1990.

&ast;&ast;  "Effect of Insurance Fraud on the Economic System," Blue Cross and Blue Shield National Anti-Fraud Conference, New Orleans, May 9, 1990.

&ast;&ast;  "The Impact of Insurance Fraud on the Economic System," International Association of Special Investigation Units annual meeting, Atlanta, September 19, 1989.

&ast;&ast;  "Insurance Fraud - Economic Impact," GEICO Managers Conference, Washington, DC, May 18, 1989.

&ast;&ast;  "The Effect of Insurance Fraud on the Economic System," International Association of Insurance Fraud Agencies annual meeting, New Orleans, Dec. 13, 1988.

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                          33

4.      **PUBLIC SERVICE**

   a.      **Community Services:**

   *Lectures to Community Groups:*

   Athens Rotary Club, Three Rules of Risk Management, November 2006.

   Boy Scout-o-Rama, Personal Financial Planning merit badge, March 2000.

   Athens *OPEDA* Chapter, Protecting Your Most Important Asset -- What You Really Need to Know about Life Insurance, April 1999.

   Navy Supply Corps School, Risk Management and Wealth Accumulation, April 1998.

   Macon Insurance Day, Insurance Fraud: Whose Problem is it, Anyway?, Luncheon Speaker, October 1997.

   Milledge Avenue Baptist Church, Long-Term Care Insurance, May 1992.

   Athens CPCU Chapter, Combating Insurance Fraud: The Role of the Agent, 1992.

   *Service to Community Groups:*

   Board of Directors, Georgia Underwriting Association (2011- 2019)

   Board, Athens Area Health Plan Select (Director, 2004-2012, Chair, 2012)

   Trustee and Vice Chair, Athens Regional Medical Center (2007-16); Chair (2014-16)

   Member, Clarke County Hospital Authority (2007-2013)

   Board of Directors, Piedmont Athens Regional Foundation (2007-2021)

   Chair, CEO Search Committee, Athens Regional Health Services (2010-2011)

   Vestry Member, Emmanuel Episcopal Church (2015-2018)

   Finance Committee Chair, Emmanuel Episcopal Church (2019-present)

   Classic City Band, President of the Board and Tuba Player (1988-1999)

   Member, Athens Rotary Club (2021-present)

   b.      **Consulting Services:**

   *Service as an Expert Witness:*
   Arnold & Porter, Attorneys (Washington, DC)
   Bailey & Associates, Attorneys (Georgia)
   Bendin Sumrall & Ladner, Attorneys (Georgia)
   Burr & Forman, Attorneys (Alabama)
   Carlton Fields, Attorneys (Florida)
   Carol Walker, Attorneys (Georgia)
   Carter & Ansley, Attorneys (Georgia)
   Chapman Law Firm, Attorneys (North Carolina)
   Cowsert & Avery, Attorneys (Georgia)
   Cravath, Swain, & Moore, Attorneys (New York)
   CNA Insurance Companies (Illinois)
   Covington & Burling, Attorneys (Washington, DC)
   Davis, Polk & Wardwell, Attorneys (New York)

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                34

DLA Piper, Attorneys (New York)
Dow, Lohnes & Albertson, Attorneys (Washington, DC)
Ellisa Garrett, Attorneys (Georgia)
Eversheds Sutherland (US), Attorneys (New York)
Goodyear Tire and Rubber Company (Ohio)
Goldstein & Hayes, Attorneys (Georgia)
Goodwin Procter, Attorneys (New York)
Greenbaum, Rowe, Smith & Davis, Attorneys (New Jersey)
Hall Booth Smith & Slover, Attorneys (Georgia)
J. Hue Henry & Associates, Attorneys (Georgia)
Robert N. Hutcheson & Associates, Attorneys (Illinois)
Kessler, Topaz, Meltzer & Check, Attorneys (Pennsylvania)
King & Spalding, Attorneys (Georgia)
Kirkland & Ellis, Attorneys (Illinois)
John Lyndon, Attorneys (Georgia)
Lewis, Thomason, King, Krieg & Waldrop, Attorneys (Tennessee)
McLeod, Benton, Begnaud & Marshall, Attorneys (Georgia)
Nelson & Mullins, Attorneys (South Carolina)
Oliver, Maner & Gray, Attorneys (Georgia)
Paul, Weiss, Rifkind, Wharton & Garrison, Attorneys (New York)
Powell, Goldstein, Frazer & Murphy, Attorneys (Georgia)
Regina M. Quick, Attorneys (Georgia)
Schiffrin, Barroway, Topaz & Kessler, Attorneys (Pennsylvania)
Sidley & Austin, Attorneys (Illinois)
Simpson Thacher & Bartlett, Attorneys (New York)
Skadden, Arps, Slate, Meagher & Flom, Attorneys (New York, Delaware)
Sutherland, Asbill, Brennan & Schwartz, Attorneys (Georgia)
Willkie Farr & Gallagher, Attorneys (Washington, DC)
Winston & Strawn, Attorneys (Illinois)

*Other Consulting Services:*
Athens Academy (Georgia)
Colorado Office of State Auditor (Colorado)
Department of Homeland Security, Safety Act (Washington, DC)
Dyer County School System (Tennessee)
Florida State University, Program Review (Florida)
Georgia Farm Bureau (Georgia)
Georgia Health Care Anti-Fraud Task Force (Georgia)
Georgia Hospital Association (Georgia)
Georgia Life & Health Insurance Guaranty Association (Georgia)
Georgia-Pacific Corporation (Georgia)
Griffin-Spalding County Hospital (Georgia)
Home Depot (Georgia)
International Association of Refrigerated Warehouses (Maryland)
Jasper County Board of Commissioners (Georgia)
Kemper Insurance (Illinois)
Marsh (New York)
McNeary Consulting (North Carolina)
National Conference of Insurance Legislators (New York)
National Program on Noncollegiate Sponsored Instruction (New York)
Office of the State Auditor of Colorado (Colorado)

> PHT Services, Ltd. (South Carolina)
> Temple University, Program Review (Pennsylvania)
> Walston and Associates (Georgia)
> US Travel Insurance Association
> Zurich Financial Services (Switzerland)

c.    **Interviews and Quotations by the Media:**

*Print Media:*

> Law360.com, Gun liability insurance (2023)
> CNN, Gun liability insurance (2022)
> Savannah Morning News, Flood insurance (2022)
> The Block, Danish Red Cross volcano bond (2021)
> WalletHub, auto gap insurance (2021)
> MoneyGeek, auto insurance quotes and cheap insurance (2021)
> WalletHub, CLUE reports and insurance (2021)
> AdvisorSmith, property/casualty insurance (2021)
> Risk Management Magazine, COVID impact on RM education (2020)
> Blueshift Research Report, Aon-Willis merger (2020)
> Lexis/Nexis (*m*lex), Aon-Willis merger (2020)
> The Economist, technology and risk management (2019)
> UGA media, hurricane preparedness (2019)
> WalletHub, auto insurance costs (2019)
> Athens CEO, #1 ranking of RMI program (2018)
> Risk & Insurance, big data in risk management (2018)
> Menlo Park Patch, rising auto insurance costs (2018)
> Business Insurance, impact of tax reform on insurers (2017)
> INsurance (NAMIC), insurance talent gap (2017)
> Money, oldest billionaire insurance exec (2017)
> Bankrate.com, five money lessons (2017)
> The Virginia Pilot, municipal liability risk (2017)
> Consumeraffairs.org, auto insurance costs (2016)
> U.S. News, auto insurance costs (2015)
> Risk Professional, risk management education (2015)
> InsuranceQuotes.com, understanding auto insurance (2015)
> Men's Health, auto insurance claims (2015)
> AutoinsuranceCenter.com, auto insurance deductibles (2015)
> NerdWallet.com, unclaimed life insurance (2015)
> Risk Management Magazine, risk management education (2014)
> Wallethub.com, uninsured motorists (2014)
> Bankrate.com, saving on insurance (2014)
> Risk Management Magazine, internships (2013)
> PropertyCasualty360.com, ERM curriculum (2012)
> PropertyCasualty360.com, ERM research (2012)
> Risk Management Magazine, top risk management programs (2011)
> Insurancequotes.com, predictive analytics in insurance (2011)
> PropertyCasualty360.com, attracting talent to insurance (2011)
> Insurancequotes.com, academic degrees and insurance agents (2011)
> Risk Management Magazine, teaching risk management (2010)
> Willis Insights, trends in insurance education (2010)
> Insurance Letter, congressional insurance seminar (2010)

**APPENDIX A**

*Vita - Robert E. Hoyt*                                                                    36

Risk Management Magazine, risk management education (2009)
Business Insurance, risk management opportunities (2009)
Bankrate.com, insurance strategies for consumers (2008)
BusinessWeek.com, risk management courses (2008)
Atlanta Journal/Constitution, disaster insurance (2007)
Associated Press, catastrophe insurance (2007)
INFORMation, enterprise risk management (2007)
Small Business Review, business interruption insurance (2006)
BestWeek, tort reform and insurance costs (2006)
Atlanta Journal/Constitution, impact of hurricanes (2006)
Contingencies, actuaries and enterprise risk management (2005)
New York Times, insurance accounting practices (2005)
New York Times, reinsurance practices (2005)
Omaha World Herald, finite reinsurance (2005)
Risk & Insurance, enterprise risk management (2005)
RSM McGladrey Advantage, CRO and enterprise risk management (2005)
Washington Post, insurance brokerage practices (2004)
Washington Post, insurance brokerage practices (2004)
Risk & Insurance, CRO and enterprise risk management (2004)
Bankrate.com, insurance costs (2004)
Viewpoint, insurance fraud (2003)
Business Insurance, enterprise risk management (2003)
Risk & Insurance, enterprise risk management (2003)
Jacksonville Times-Union, medical malpractice insurance (2003)
Washington Post, insurer bankruptcy (2003)
Business Insurance, enterprise risk management (2003)
Big Builder, insurance costs (2002)
Business Insurance, collegiate insurance programs (2002)
National Underwriter, insurance education (2002)
Bankrate.com, business insurance costs (2002)
Risk & Insurance, enterprise risk management (2002)
National Underwriter, risk management job skills (2002)
Atlanta Business Chronicle, risk management jobs (2002)
Wall Street Journal, risk management careers (2002)
Washington Post, government involvement in terror insurance (2001)
Salt Lake City Tribune, terrorism exclusions (2001)
Omaha World-Herald, coverage issues in WTC event (2001)
Hartford Courant, claims settlement in WTC event (2001)
Risk & Insurance, globalization in risk management (2001)
Atlanta Business Chronicle, product-recall exposures (2001)
Business Insurance, enterprise risk management (2000)
Baltimore Sun, after-market repair parts (1999)
The Commercial Appeal (Memphis), earthquake insurance (1999)
University of Georgia Research Reporter, insurance fraud (1998)
Central New York Business Journal, catastrophe reinsurance (1998)
The Baltimore Sun, competitive insurance rating (1997)
University of Georgia Research Reporter, insurer insolvency (1997)
San Francisco Chronicle, insurance planning (1996)
United Press International, flood insurance (1996)
Business Insurance, internships (1996)
Houston Chronicle, Lloyd's of London (1995)

**APPENDIX A**

*Vita - Robert E. Hoyt* 37

Tulsa World, insurance fraud (1994)
New York Times, earthquake insurance (1994)
Chicago Sun Times, earthquake insurance (1994)
The Arizona Republic, earthquake insurance (1994)
Dun & Bradstreet Reports, earthquake insurance (1994)
Best's Review, insurance fraud (1993)
Houston Chronicle, flight insurance (1993)
Financial Times of London, insurance futures (1992)
Equifax Source, insurance fraud (1992)
National Underwriter, insurance fraud (1991)
Philadelphia Inquirer, insurance fraud (1991)

*Broadcast Media:*

Marketplace, National Public Radio, flood insurance (2016)
Marketplace, National Public Radio, protest insurance, RNC in Cleveland (2016)
Marketplace, National Public Radio, automobile insurance (2015)
National Public Radio, natural catastrophe risk (2009)
National Public Radio, natural catastrophe risk (2008)
National Public Radio, insurance accounting practices (2005)
National Public Radio, insurance brokerage practices (2004)
WGAU Radio, Athens, financial planning (1995)
WAMU Radio, Washington, DC, earthquake insurance (1994)
KRLD Radio, Dallas, earthquake insurance (1994)
WTIC Radio, Hartford, earthquake insurance (1994)
KOA Radio, Denver, flood insurance (1993)
WBU Radio, Boston, flood insurance (1993)
CBS Radio, New York, Hurricane Andrew (1992)
KRLD Radio, Dallas, Hurricane Andrew (1992)

5. **OTHER SERVICES**

a. **Administrative Services to the University:**

*University:*

University System of Georgia, Retirement Advisory Committee (2022-present)
University Appeals Committee (2019-2021)
Program Review Team, Terry College Doctoral Programs (2019-2020)
Program Review Team, Political Science Department (2018-19)
Program Review Team, FHCE Department (2016-17)
HACE Department Head Search (2012 and 2021)
Russell Teaching Awards Committee (2009-2011)
Program Review Team, UGA Career Center (2010-11)
Child Care Center RFP Committee (2010)
Program Review Team, Office of Institutional Effectiveness (2009)
2010 Strategic Planning Committee, Vice Chair (2009)
Strategic Planning Task Force (2008)
Univ. Council Strategic Planning Committee (member, 2004-2005; Chair, 2005-2007)
Enrollment Management Task Force (2006-2007)
Space Allocation and Assignment Committee (2005-2006)
Promotion and Tenure Task Force (2003-2004)

*Vita - Robert E. Hoyt*                                                    38

        Human Resources Committee (2003-2004, 2017-2020)
        Member, University Council (2001-2004, 2015-2018)
        Facilities Committee (2001-2003)
        Faculty Advisory Committee to the President (1996-1997, 1999-2002, 2003)
        Chair, University Appeals Panel (1999)
        Member, University Grievance Panel (1999)
        Life Insurance Task Force, Faculty Affairs Committee (1989)

*Terry College of Business:*

        Member, Dean's Faculty Advisory Committee (2023-present)
        Director, Center for Strategic Risk Management (2007-2023)
        Member, Senior Director of Finance Search Committee (2020)
        Member, Director of Executive Programs Search Committee (2016)
        Chair, MIS Department Head Search Committee (2015-2016)
        Deer Run Fellows Selection Committee (2009-2010)
        Interim Dean, Terry College of Business (2007)
        Associate Director, Center for Strategic Risk Management (2000-2006)
        Faculty Workload (2001)
        Member, Dean's Leadership Council (1998-2006)
        Member, Task Force on Teaching, Research and Service Awards (2000)
        Member, Educational Policy Committee (1999-2000)
        Member, Undergraduate Admissions Committee (1998-2000)
        Chair, Graduate Programs Committee (1995-1998)
        Member, Graduate Programs Committee (1989-2000)
        Chair, Ph.D. Program Assessment Subcommittee, Graduate Programs (1991)
        Chair, Ph.D. Prelims Subcommittee, Graduate Programs Committee (1990)

*Department of Insurance, Legal Studies, and Real Estate:*

        Director, Center for Insurance Education and Research (2000-present)
        Graduate Coordinator, Risk Management and Insurance (1988-2000)
        Member, Post-Tenure Review Committees (two, 1999 / three, 2000)
        Chair, Ad Hoc Committee on Post-Tenure Review (1997)
        Coordinator of Semester Conversion of RMI Graduate Courses (1996)
        Chair, Ad Hoc Committee on Third Year Review (1995-96)
        Faculty Advisor, UGA Actuarial Society (1989-94)
        Member, Ad Hoc Committee on Teaching Assessment (1992-93)
        Coordinator of Actuarial Science (1988-93)

b.    **Service to Professional Associations:**

*American Risk and Insurance Association:*

        Past President, 2004/2005
        President, 2003/2004
        President Elect, 2002/2003
        Vice President and Program Chair, 2001/2002
        Director, 1998-2001
        Chair, *Risk Management and Insurance Review* Editor Search Committee, 2019-2020
        Chair, *Journal of Risk and Insurance* Editor Search Committee, 2012

Member, *Nominations* Committee, 1997, 2006, 2007, 2008, 2009
Chair, *Nominations* Committee, 2005
Chair, *Strategic Planning* Committee, 2003
Chair, *Finance* Committee, 2001, 2003
Member, *Finance* Committee, 2000, 2020
Chair, *Risk Management and Insurance Review Awards* Committee, 1999
Member, *Risk Management and Insurance Review Awards* Committee, 2014
Member, *Strategic Planning* Committee, 1999, 2013
Chair, *Membership* Committee, 1998 and Member, 1999
Chair, *Journal of Risk and Insurance Awards* Committee, 1997, 2007
Chair, *Kulp-Wright Book Award* Committee, 1995
Member, *Kulp-Wright Book Award* Committee, 1993-94, 1998
Member, *Les Strickler Innovation in Instruction Award* Committee, 1993-94
Chair, Computers in Instruction Roundtable, 1993
Session Moderator, Annual Meeting, 1991-2009, 2015
Member, Program Committee, 1990-95, 1998, 2006, 2007, 2014-2023
Member, Placement Committee, 1991-92

*International Insurance Society:*

Vice President, 2007-2018.
Member of the Executive Board, 2006-2018.
Member of the Finance Committee, 2010-2014.
Chair of Moderators, Vienna (2001), Singapore (2002), New York (2003),
London (2004), Hong Kong (2005), Chicago (2006), Berlin (2007), Taipei (2008),
Jordan (2009), Madrid (2010), Toronto (2011), Rio de Janiero (2012), Seoul (2013),
London (2014), New York (2015)
Academic Moderator, Amsterdam (1996), Berlin (1999), Vancouver (2000),
Singapore (2002)
Research Roundtable Participant, 1994-96, 1999, 2002, 2009

*Risk Theory Society:*

Life Member (since 2013)
Past President, 2000/2001
President, 1999/2000
Secretary & Program Chair, 1998/99
Annual Seminar Host, 2010
Annual Seminar Host, 1998

*Southern Risk and Insurance Association:*

Past President, 1998/99
President, 1997/98
First Vice President, 1996/97
Second Vice President & Program Chair, 1995/96
Secretary/Treasurer, 1994/95
Board Member, 1991 to 1994
Member, *Nominations* Committee, 2005, 2006, 2007, 2009
Chair, *Nominations* Committee, 1999

*Vita - Robert E. Hoyt*                                                                                      40

*Society of Actuaries:*

> Member, Actuarial Modeling II Project Oversight Group, 1994 to 1996
> Member, Actuarial Modeling I Project Oversight Group, 1993 to 1995

*American Institute for Chartered Property Casualty Underwriters:*

> Member, CPCU Advisory Board, 2004-2012

**c.      Membership in Professional Associations:**

American Risk and Insurance Association
American Finance Association
Casualty Actuarial Society (Academic Correspondent)
German Insurance Science Association (Deutscher Verein für Versicherungswissenschaft)
International Insurance Society
National Association of Corporate Directors
Risk and Insurance Management Society (National and Atlanta Chapter)
Risk Theory Society
Southern Risk and Insurance Association
Western Risk and Insurance Association

**APPENDIX B**

## Court Appearances, Reports and Depositions of Robert E. Hoyt, Ph.D. Within the Past Four Years

*Carroll et al. v. Progressive Select Insurance Company, et al*., In the United States District Court Central District of California, Case No.: 2:21-cv-9217-FMO-RAO (Expert report, June 26, 2023).

*Greenlight Capital Offshore Partners, Ltd., Plaintiff, v. Brighthouse Financial, Inc., Defendant,* In the Court of Chancery in the State of Delaware, C.A. No. 2022-1067-LWW, Wilmington, Delaware. (Expert report, May 17, 2023; and Deposition, June 1, 2023).

*Genworth Life Insurance Company and Genworth Life Insurance Company of New York, Claimants, v. Brighthouse Life Insurance Company, Respondent,* Confidential Arbitration, New York, New York. (Expert report, April 29, 2022; Deposition, June 7, 2022; and Hearing testimony, August 30-31, 2022).

*Smith et al. v. AGA Service Company, d/b/a Allianz Global Assistance, et al*., In the United States District Court Central District of California, Case No.: 2:20-cv-08557-AB-AFM (Expert report, January 31, 2022).

*Tennessee Insurance Division v. Applied Underwriters, Inc. et al.,* Before the Commissioner of Commerce and Insurance for the State of Tennessee, APD No. 12.01-211596J (Expert report, January 29, 2022).

*Munoz et al. v. PHH Corp. et al.*, United States District Court for the Eastern District of California, Case No. 08-cv-00759-DAD-BAM, Fresno, California (Expert report, November 17, 2021; Deposition, September 25, 2023).

*Kelly & Kelley, LLC, Derivatively on Behalf of Health Care Service Corporation, v. Patricia Hemingway Hall, Colleen Reitan, Paula Steiner*, Circuit Court Twentieth Judicial Circuit St. Clair County, Illinois, Case No. 15-CH-695, St. Clair County, Illinois (Expert report, October 1, 2021; Deposition, October 27, 2021; and Responding report, February 18, 2022).

*Melissa Haley et al. v. Teachers Insurance and Annuity Association*, United States District Court Southern District of New York, Case No. 1:17-cv-00855-JPO, New York, New York (Expert report, August 27, 2020; Expert sur-rebuttal report, September 24, 2020; Deposition, October 23, 2020; and Declaration, November 24, 2020).

*Roadrunner Management Services, Inc. v. Applied Underwriters Captive Risk Assurance Company, Inc.,* Superior Court of the State of California for the County of Ventura, Case No. 30-2016-00847501-CU-BT-CJC, Ventura, California (Deposition, September 4, 2019).

CONFIDENTIAL

**APPENDIX C**

# Documents Considered List

**Case Pleadings**

- Order On Motion for Class Certification and Related Daubert Motions, *Tamika Miller, et al. v. Travel Guard Group, Inc., et al.,* Case No.: 21-cv-09751-TLT, September 15, 2023

**Expert Reports**

- Expert Report of Robert E. Hoyt, Ph.D, July 26, 2023
- Expert Report of Gregory Fanoe, September 18, 2023
- Expert Report of Joel Laucher, September 18, 2023

**Depositions**

- Deposition of Jennifer Kruzitski, September 8, 2023, with Exhibits

**SERFF Filings**

- SERFF Filing, Tracking Number PERR-130539302
- SERFF Filing, Tracking Number PERR-130539302, Form Number PG-TA-EAS-USE-10/2015
- SERFF Filing, Tracking Number WDAS-125353153
- SERFF Filing, Tracking Number WDAS-126252101, Form Number 101-A1-XX-01
- SERFF Filing, Tracking Number WDAS-126336500

**Publicly Available Sources**

- "About Our Underwriters," Allianz Global Assistance, available at https://www.allianztravelinsurance.com/about/underwriters.htm

**Produced Documents**

- MILLER-0061710

**Note: In addition to the documents on this list, I considered all documents and data cited in Appendix C of my Initial Report, as well as all documents and data cited in my rebuttal report and my appendices to form my opinions.**