# EXHIBIT N



Governor Eric R. Greitens
State of Missouri

Department of Insurance
Financial Institutions
and Professional Registration
Chlora Lindley-Myers, Director

## DIVISION OF INSURANCE MARKET REGULATION

April 10, 2018

Kara Baysinger
Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105

**RE:    NUFIC RSA – Investigation #234507**

Dear Kara:

This letter is to notify National Union Fire Insurance Company of Pittsburgh PA (NUFIC) that the conditions set forth in Section B (6) of the RSA dated January 24, 2018, have been satisfied and that the "Effective Date" of the RSA is April 10, 2018. A total of 42 jurisdictions have adopted the RSA.    Attached are the Participating State Adoption forms completed by each of the Participating States.

Section C (29) of the RSA provides that NUFIC will adopt and implement the Forward Looking Guidelines for Rate Filings contained in the Merlinos Report dated September 7, 2017, in all Participating States except Pennsylvania, to the extent that such guidelines are consistent with Participating State Insurance Law. Several RSA's with other travel insurance companies provide that the Forward Looking Guidelines for Rate Filings need only be adopted and implemented in those Participating States that require use of the guidelines. Therefore, pursuant to Section D (18) of the RSA, the Signatory Lead States are offering NUFIC the opportunity to modify Section C (29) of the RSA as follows:

"Company agrees that it will adopt and implement in each of the Participating States, except Pennsylvania, all Forward Looking Guidelines for Rate Filings contained in the Merlinos & Associates Report for National Union Fire Insurance Company of Pittsburgh PA dated September 7, 2017, which is part of the confidential examination workpapers for Investigation Number 234507, to the extent that such Forward Looking Guidelines are required by the Participating State in a filing and are consistent with the Insurance Laws in the applicable Participating State, and with the understanding that this requirement to follow the guidelines is subject to each Participating State's enforcement of the RSA and that a Participating State can choose not to require the Company to follow these guidelines."

MILLER-0061554

In anticipation that NUFIC might choose to adopt this modification, and to provide certainty to the company, the Signatory Lead States have queried the Participating States as to whether or not they wish to adopt the Merlinos Forward Looking Guidelines in their state. Please let me know by April 17, 2018 whether NUFIC wishes to adopt this modification to the RSA. If so, I will then provide you with copies of the Participating State's responses to the query.

Thank you for your continuing cooperation. Please contact me if you have any questions.

Sincerely yours,

Stewart Freilich
Senior Regulatory Affairs Counsel

Enclosure

2

MILLER-0061555

Exhibit A

## PARTICIPATING STATE ADOPTION
### of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of **ALABAMA DEPARTMENT OF INSURANCE**, I, Jim L. Ridling, as Commissioner of Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

ALABAMA DEPARTMENT OF INSURANCE

By: _____
Jim L. Ridling
Commissioner of Insurance

Date: _____02/05/2018_____

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061556

STATE OF ALASKA

DEPARTMENT OF COMMERCE, COMMUNITY, AND ECONOMIC DEVELOPMENT

DIVISION OF INSURANCE

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| NATIONAL UNION FIRE INSURANCE CO. | ) |
| NAIC #19445 | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

MAWG Travel Investigation #234507

## **ORDER ADOPTING REGULATORY SETTLEMENT AGREEMENT**

On behalf of the State Alaska, Division of Insurance, I, Director Lori Wing-Heier,

hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018

by and between the above-named Company and the regulatory agencies named therein.

This adoption is made with the requirement that any fees charged for travel insurance

under Section C (9) & C (14) must comply with Alaska law to include AS 21.27.560. Further,

under Section E (4) all audit reports, statistical reports, work papers, documents, and any other

information produced, obtained, or disclosed in connection with the Examination and any

follow up examination of the Company contemplated under this Agreement shall be given

confidential treatment under AS 21.06.060 unless otherwise privileged under Alaska law.

Dated ~~March~~____, ~~20~~18
April 5, 2018

Lori Wing-Heier
Director

1

CONTACT NAME: Chip Wagoner

MAILING ADDRESS: Alaska Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805

PHONE NUMBER: 907-465-2515

EMAIL: chip.wagoner@alaska.gov

PAYMENT MADE TO: State of Alaska

2

MILLER-0061558

Exhibit A

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

<u>MARKET CONDUCT EXAMINATION OF</u>
<u>TRAVEL INSURANCE PRACTICES</u>
<u>MAWG Travel Investigation #234507</u>

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of **Arizona Department of Insurance**, I, **Keith A. Schraad**, as Interim Director, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

**Arizona Department of Insurance**

By: _____

Printed: _Keith A. Schraad_____

Title: __Interim Director_____

Date: __March 8, 2018_____

Please return this form to:

Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061559

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the **Arkansas Insurance Department**, I, **Allen Kerr**, as **State Insurance Commissioner,** hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Arkansas Insurance Department

By: _____

Title: State Insurance Commissioner

Date: January 26, 2018

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061560

Exhibit A

## PARTICIPATING STATE ADOPTION
of
## REGULATORY SETTLEMENT AGREEMENT

<u>MARKET CONDUCT EXAMINATION OF</u>
<u>TRAVEL INSURANCE PRACTICES</u>
<u>MAWG Travel Investigation #234507</u>

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the CALIFORNIA DEPARTMENT OF INSURANCE, I, MICHAEL LEVY, as DEPUTY GENERAL COUNSEL, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

CALIFORNIA DEPARTMENT OF
INSURANCE
By: _____
Title: _Deputy General Counsel_
Date: _3/6/18_

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061561

Exhibit A

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of Colorado Division of Insurance, I, Michael Conway, as Commissioner of Insurance (Interim), hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Colorado Division of Insurance

By:

Title: Commissioner of Insurance (Interim)

Date: January 26, 2018

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061562

**Exhibit A**

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Connecticut Insurance Department I, Katharine L. Wade, as Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Connecticut Insurance Department

By: _____

Title:  Commissioner

Date: _____2 - 7 - 18_____

CONTACT NAME:                    Kurt Swan, Director, Market Conduct Division

MAILING ADDRESS:                 P.O. Box 816, Hartford, CT  06142-0816

OVERNIGHT MAILING ADDRESS:       153 Market Street, Hartford, CT  06103

PHONE NUMBER:                    860-297-3897

EMAIL:                           Kurt.Swan@ct.gov

PAYMENT MADE TO:                 Treasurer, State of Connecticut

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,
    Financial Institutions and Professional
    Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

MILLER-0061563

Exhibit A

## PARTICIPATING STATE ADOPTION
## of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of **the Delaware Department of Insurance**, I, **Trinidad Navarro**, as **Delaware Insurance Commissioner**, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

**DELAWARE DEPARTMENT OF INSURANCE**

By: _Trinidad Navarro_

Title: Insurance Commissioner

Date: 2/9/18

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,
    Financial Institutions and Professional
    Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

MILLER-0061564

Exhibit A

## PARTICIPATING STATE ADOPTION
of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of District of Columbia Department of Insurance, Securities and Banking I, Stephen C. Taylor, as Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

District of Columbia Department of Insurance, Securities and Banking

By: _____

Title: Commissioner

Date: ___3/6/18_____


Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061565

**Exhibit A**

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Exam # 234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
NAIC #19445
Case No. 220902-18

On behalf of FLORIDA OFFICE OF INSURANCE REGULATION, I, David Altmaier, as INSURANCE COMMISSIONER, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated December 12, 2017 by and between the above-named Company and the regulatory agencies named therein.

Florida Office of Insurance Regulation

By: _David Altmaier_

Title: Insurance Commissioner

Date: _1/31/18_

Please provide the following information as to how your jurisdiction's allocation of the Multi State Administrative Payment should be sent from BCS Insurance Company.

CONTACT NAME: Amy Armstrong Groszos
MAILING ADDRESS: 200 East Gaines Street, Suite No. 339A, Tallahassee, Florida 32399-4210
PHONE NUMBER: (850) 413-2434
EMAIL: Amy.Groszos@floir.com
PAYMENT MADE TO: Florida Office of Insurance Regulation

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs Counsel Missouri Department of Insurance, Financial Institutions and Professional Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

Exhibit A

## PARTICIPATING STATE ADOPTION
of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of THE GEORGIA INSURANCE DEPARTMENT, I, RALPH T. HUDGENS, as COMMISSIONER OF INSURANCE, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

THE GEORGIA INSURANCE DEPARTMENT

By: _____

Title: COMMISSIONER OF INSURANCE

Date: 02/14/18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061567

## Exhibit A

## PARTICIPATING STATE ADOPTION
#### of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the HAWAI'I INSURANCE DIVISION, I, GORDON I. ITO, as the INSURANCE COMMISSIONER, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018, by and between the above-named Company and the regulatory agencies named therein.

HAWAI'I INSURANCE DIVISION

By: _____

Title: Hawai'i Insurance Commissioner

Date: _____ MAR - 5 2018 _____

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061568

Exhibit A

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of The Idaho Department of Insurance, I, Dean L. Cameron, as Director, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Idaho Department of Insurance
By:

Title:
Director

Date: 2/6/18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061569

Exhibit A

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of The Illinois Department of Insurance I, Jack Engle, as Assistant Deputy Director- Market Conduct and Analysis hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Illinois Department of Insurance
By: *Jack Engle*
Title: Assistant Deputy Director-
Collaborative Action Designee
Date: 2-15-18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061570

**Exhibit A**

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of Indiana Department of Insurance, I, Stephen W. Robertson, as Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

INDIANA DEPARTMENT OF INSURANCE

By: _____

Title: Commissioner

Date: 2-23-2018

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061571

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

<u>MARKET CONDUCT EXAMINATION OF</u>
<u>TRAVEL INSURANCE PRACTICES</u>
<u>MAWG Travel Investigation #234507</u>

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of Iowa Insurance Division, I, Douglas M. Ommen, as Iowa Insurance Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

IOWA INSURANCE DIVISION

By: _____

Title: <u>Iowa Insurance Commissioner</u>
Date: <u>February 7, 2018</u>

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061572

Exhibit A

## PARTICIPATING STATE ADOPTION
of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Kansas Insurance Department, I, Ken Selzer, as Commissioner of Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Kansas Insurance Department

By: _____

Title: Commissioner of Insurance

Date: 2/14/18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061573

**Exhibit A**

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the LOUISIANA DEPARTMENT OF INSURANCE, I, JAMES J. DONELON, as COMMISSIONER OF INSURANCE, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

LOUISIANA DEPARTMENT OF INSURANCE

By: _____

James J. Donelon

Title: Commissioner of Insurance

Date: _____

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061574

Exhibit A

**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Maine Bureau of Insurance, I, Eric A. Cioppa, as Superintendent of Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Maine Bureau of Insurance

By: _____
Title: Superintendent of Insurance
Date: March 9, 2018

On behalf of the Office of Attorney General of the State of Maine,

By: _____
Name: Thomas C. Sturtevant, Jr.
Title: Assistant Attorney General
Date: March 9, 2018

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,
    Financial Institutions and Professional
    Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

Exhibit A

## PARTICIPATING STATE ADOPTION
### of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Maryland Insurance Administration, I, Erica J. Bailey, as Associate Commissioner, Compliance & Enforcement hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Maryland Insurance Administration
By: _Erica Bailey_
Title: _Associate commissioner_
Date: _3/26/2018_

_Addendum to RSA (Applicable to Maryland Only):_

The 2nd sentence of §D.7. of the Regulatory Settlement Agreement is amended to read:

**At the discretion of the Participating States' Insurance Commissioner, and in accordance with the Participating States' law, an enforcement action brought by a Participating State shall be in conformity with the provisions of this paragraph.**

The 10th sentence of §D.7. of the Regulatory Settlement Agreement is amended to read:

**At the discretion of the Participating States' Insurance Commissioner, and in accordance with the Participating States' law, a Participating State shall consider not pursuing an enforcement action against the Company until the 90 cure period has expired.**

National Union Fire Insurance Company of Pittsburgh, PA.

By: _Stewart Harris_                                    Date: _3-22-18_
    STEWART HARRIS

MILLER-0061576

Exhibit A

## PARTICIPATING STATE ADOPTION
of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Massachusetts Division of Insurance, I, Gary D. Anderson, as Commissioner of Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Massachusetts Division of Insurance

By: _____

Title: _Commissioner_

Date: 3 / 9 / 18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061577

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Michigan Department of Insurance and Financial Services, I, Patrick M. McPharlin, as Director, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Michigan Department of Insurance and
Financial Services
By: _____
Title: Director
Date: _____

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs Counsel
    Missouri Department of Insurance, Financial Institutions and Professional Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

MILLER-0061578

**Exhibit A**
**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

<u>MARKET CONDUCT EXAMINATION OF</u>
<u>TRAVEL INSURANCE PRACTICES</u>

IN THE MATTER OF
NATIONAL UION FIRE INSURANCE COMPANY
OF PITTSBURGH PA.
NAIC #19445

On behalf of Minnesota Department of Commerce, I, _____, as _____

_____, hereby adopt, agree, and

approve the Regulatory Settlement Agreement dated _____ by and between the

above-named Companies and the regulatory agencies named therein.

MINNESOTA DEPARTMENT OF
COMMERCE
By:_____
Title:_____
Date:_____

Please return this form to:

Stewart Freilich, Senior Regulatory Affairs Counsel
Missouri Department of Insurance, Financial
Institutions and Professional Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061579

**Exhibit A**

## PARTICIPATING STATE ADOPTION
### of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation # 234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of Missouri Department of Insurance, Financial Institutions and Professional Registration, I, Chlora Lindley-Myers, as Director, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January __, 2018 by and between the above-named Company and the regulatory agencies named therein.

Missouri Department of Insurance,
Financial Institutions and Professional
Registration
By: _Chlora Lindley Myers_
Title: Director
Date: _January 24, 2018_

Please provide the foll

CONTACT NAME:

MAILING ADDRESS:

PHONE NUMBER:

EMAIL:

PAYMENT MADE TO:

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061580

Exhibit A

## PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of Montana, I, Matt M. Rosendale, as Montana State Auditor, Commissioner of Securities and Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Montana State Auditor, Commissioner of Securities and Insurance
By: _____
Title: Commissioner
Date: 3-7-2018

Please return this form to:
        Stewart Freilich, Senior Regulatory Affairs
        Counsel Missouri Department of Insurance,
        Financial Institutions and Professional
        Registration
        PO Box 690
        Jefferson City, MO 65102
        Stewart.freilich@insurance.mo.gov

MILLER-0061581

Exhibit A

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of State of Nevada, Department of Business and Industry, Division of Insurance, I, Barbara D. Richardson, Commissioner of Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

NEVADA DIVISION OF INSURANCE

By: _____
BARBARA D. RICHARDSON

Title: State of Nevada, Commissioner of Insurance

Date: 1/31/18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061582

Exhibit A

## PARTICIPATING STATE ADOPTION
of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the New Hampshire Insurance Department, I, Roger A. Sevigny, as Insurance Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

New Hampshire Insurance Department

By: _____

Title: Commissioner _____

Date: _2 - 21 - 18_ _____

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the STATE OF NEW JERSEY, DEPARTMENT OF BANKING AND INSURANCE, I, MARLENE CARIDE, as A C T I N G   C O M M I S S I O N E R, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

STATE ON NEW JERSEY,
DEPARTMENT OF BANKING AND
INSURANCE

By: _Mcaride_

Title: Acting Commissioner

Date: 3/8/18

CONTACT NAME: Clifton Day, Chief of Market Regulation

MAILING ADDRESS: NJ Department of Banking and Insurance, 20 West State Street, 9th Floor, Trenton, NJ 08625

PHONE NUMBER: 609-341-2513 ext. 50197

EMAIL: Clifton.day@dobi.nj.gov

PAYMENT MADE TO: State of New Jersey, General Treasury

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,

Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061585

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

<u>MARKET CONDUCT EXAMINATION OF</u>
<u>TRAVEL INSURANCE PRACTICES</u>
<u>MAWG Travel Investigation #234507</u>

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of North Dakota Insurance Department, I, Jon Godfread, as North Dakota Insurance Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

North Dakota Insurance Department

By: _____

Title: _____

Date: 3/5/18 _____

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,
    Financial Institutions and Professional
    Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

MILLER-0061586

**Exhibit A**
**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

<u>MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES</u>

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG PA
NAIC #19445

On behalf of the Ohio Department of Insurance, I, Jillian Froment, as Director, hereby adopt, agree,

and approve the Regulatory Settlement Agreement by and between the above-named Company and the

regulatory agencies named therein.

Ohio Department of Insurance

By: _____

Title: Director

Date: 12/6/17

Please provide the following information as to how your jurisdiction's allocation of the Multi-State
Administrative Payment should be sent from National Union Fire Insurance Company of Pittsburg PA.

CONTACT NAME:        Angela Dingus, Chief, Market Conduct Division

MAILING ADDRESS:     50 West Town Street, Columbus, Ohio 43215

PHONE NUMBER:        614-644-2663

EMAIL:               angela.dingus@insurance.ohio.gov

PAYMENT MADE TO:     Treasurer, State of Ohio

Please return this form to:

> Stewart Freilich, Senior Regulatory Affairs Counsel
> Missouri Department of Insurance, Financial
> Institutions and Professional Registration
> PO Box 690
> Jefferson City, MO 65102
> Stewart.freilich@insurance.mo.gov

1

MILLER-0061587

**Exhibit A**
**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH P.A.
NAIC # 19445

On behalf of the Oklahoma Insurance Department, I, Joel Sander, as Deputy Commissioner of Finance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated _____ by and between the above-named Company and the regulatory agencies named therein.

Oklahoma Insurance Department

By: _____
     Joel L. Sander
Title: Deputy Commissioner of Finance
Date: October 18, 2017

MILLER-0061588

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of State of Oregon, Division of Financial Regulation, I, Andrew Stolfi, as Insurance Commisioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

State of Oregon, Division of Financial
Regulation

By: _ Andl R. Soff_____

Title: _Insurance Commisioner_____

Date: _3/6/18_____

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,
    Financial Institutions and Professional
    Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

MILLER-0061589

Exhibit A
PARTICIPATING STATE ADOPTION
of
REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA.
NAIC #19445

On behalf of the Pennsylvania Insurance Department. I, Jessica K. Altman , as Acting Insurance Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated _____ by and between the above-named Company and the regulatory agencies named therein.

Pennsylvania Insurance Department
By: _____
Title: _____
Date: _____

Please return this form to:

Stewart Freilich, Senior Regulatory Affairs Counsel
Missouri Department of Insurance, Financial
Institutions and Professional Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich @ insurance.mo.gov

34

MILLER-0061590

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, DIVISION OF INSURANCE, I, ELIZABETH KELLEHER DWYER, as SUPERINTENDENT OF INSURANCE, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Rhode Island Department of Business
Regulation, Division of Insurance

By:
Title: Superintendent of Insurance
Date: 3/8/2018

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs Counsel
Missouri Department of Insurance, Financial Institutions and Professional Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061591

Exhibit A

**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the South Dakota Division of Insurance, I, Larry Deiter, as Director, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

[STATE INSURANCE REGULATORY AGENCY]

By: _____

Title: Director

Date: January 29, 2018

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061592

Exhibit A

**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Tennessee Department of Commerce and Insurance, I, Julie Mix McPeak, as Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018, by and between the above-named Company and the regulatory agencies named therein.

Tennessee Department of Commerce and Insurance

By: _____

Title: Commissioner _____

Date: _____

Please return this form to:

Stewart Freilich, Senior Regulatory Affairs Counsel
Missouri Department of Insurance, Financial Institutions and
        Professional Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061593

EXHIBIT A

PARTICIPATING STATE ADOPTION

of

REGULATORY SETTLEMENT AGREEMENT


MARKET CONDUCT EXAMINATION

OF TRAVEL INSURANCE PRACTICES


IN THE MATTER OF

NATIONAL UNION INSURANCE COMPANY

OF PITTSBURG PA

NAIC #19445

On behalf of the Utah Insurance Department, I, Todd E. Kiser, as Commissioner of Insurance, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated October 16, 2017 by and between the above-named Company and the regulatory agencies named herein.

UTAH INSURANCE DEPARTMENT

By: _____ ,

Title: _____

Date: _____

Please return this form to:

Stewart Freilich, Senior Regulatory Affairs Counsel
Missouri Department of Insurance, Financial
Institutions and Professional Registration
PO Box 690
Jefferson City, MO 65102
Stewart.Freilich@insurance.mo.gov

MILLER-0061594

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
**of**
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of Vermont Department of Financial Regulation, I, Kevin J. Gaffney, as Director of Market Regulation, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Vermont Department of Financial
Regulation
By: _____
Title: Director of Market Regulation
Date: March 9, 2018

Please return this form to:
    Stewart Freilich, Senior Regulatory Affairs
    Counsel Missouri Department of Insurance,
    Financial Institutions and Professional
    Registration
    PO Box 690
    Jefferson City, MO 65102
    Stewart.freilich@insurance.mo.gov

MILLER-0061595

**Exhibit A**

**PARTICIPATING STATE ADOPTION**
of
**REGULATORY SETTLEMENT AGREEMENT**

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Washington State Office of Insurance Commissioner, I, Mike Kreidler, as Insurance Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Washington State Office of Insurance Commissioner

By: _____
        Mike Kreidler

Title: Insurance Commissioner

Date: 3 / 9 / 2018

Please return this form to:
        Stewart Freilich, Senior Regulatory Affairs
        Counsel Missouri Department of Insurance,
        Financial Institutions and Professional
        Registration
        PO Box 690
        Jefferson City, MO 65102
        Stewart.freilich@insurance.mo.gov

MILLER-0061596

**Exhibit A**

### PARTICIPATING STATE ADOPTION
### of
### REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of West Virginia Offices of the Insurance Commissioner, I, Allan L. McVey, as Insurance Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

State of West Virginia
Offices of the Insurance Commissioner

By: _____

Title: Insurance Commissioner

Date:
_____ 1 – 31 – 2018 _____

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

Exhibit A

## PARTICIPATING STATE ADOPTION
## of
## REGULATORY SETTLEMENT AGREEMENT

MARKET CONDUCT EXAMINATION OF
TRAVEL INSURANCE PRACTICES
MAWG Travel Investigation #234507

IN THE MATTER OF
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
NAIC #19445

On behalf of the Wyoming Department of Insurance, I, Tom Glause, as Commissioner, hereby adopt, agree, and approve the Regulatory Settlement Agreement dated January 24, 2018 by and between the above-named Company and the regulatory agencies named therein.

Wyoming Department of Insurance
By: _____
Title: Commissioner
Date: 3-2-18

Please return this form to:
Stewart Freilich, Senior Regulatory Affairs
Counsel Missouri Department of Insurance,
Financial Institutions and Professional
Registration
PO Box 690
Jefferson City, MO 65102
Stewart.freilich@insurance.mo.gov

MILLER-0061598