1

2

3

4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7
TAMIKA MILLER, et al.,

Plaintiffs,

8

9
v.

10
TRAVEL GUARD GROUP, INC., et al.,

Defendants.

11

12

Case No.  21-cv-09751-TLT   (JCS)

**ORDER RE JOINT DISCOVERY LETTER**

Re: Dkt. No. 218

13
    Plaintiffs seek an order compelling objector Eric Alan Isaacson ("Objector" or "Isaacson")

14
to appear for an in-person deposition of up to 3.5 hours on March 18, 2025 in La Jolla, California,

15
where Isaacson resides.  Isaacson's counsel has informed Plaintiffs that the deposition notice is

16
invalid and that he intends to seek a protective order in the Southern District of California

17
excusing Isaacson from attending the deposition.  The Court GRANTS Plaintiffs' request.

18
    "Plaintiffs may seek information from objectors to obtain relevant, needed, and reasonably

19
narrowly tailored information regarding each objector's standing as a settlement class member to

20
assert objections, the underlying basis for his objections, and his relationship with counsel that

21
may be pertinent to informing the court about the nature and merits of the appeal." *In re Netflix*

22
*Priv. Litig.*, No. 5:11-CV-00379-EJD, 2013 WL 6173772, at *5 (N.D. Cal. Nov. 25, 2013) (citing

23
*In re Cathode Ray Tube (CRT) Antitrust Litig.*, 281 F.R.D. 531, 532-533 (N.D. Cal. 2012)).

24
Plaintiffs here contend Isaacson has raised "virtually the same objections" to a class settlement

25
involving a competitor of the defendant in this case and that the court rejected all of those

26
objections.  Joint Letter at 1 (citing *Elgindy v. AGA Serv. Co.*, No. 20-cv-06304-JST, 2024 U.S.

27
Dist. LEXIS 196527, at *23-26) (N.D. Cal. Oct. 29, 2024)). They also contend Isaacson, along

28
with his attorneys, Benjamin Nutley and John Davis, "appear to be involved in an enterprise

United States District Court
Northern District of California

1    wherein they take turns representing each other on class action objections." *Id.* (citing cases).

2    Finally, they point to Isaacson's rejection of the appeal bond amount proposed by Plaintiffs,

3    indicating that there may be a dispute about the appropriate amount of the bond.  Therefore,

4    Plaintiffs have made a showing sufficient to justify the short deposition of Isaacson they seek

5    addressing his relationship with his counsel, prior objections, and standing in this case.

6         The Court rejects Objector's argument that because the case is now on appeal to the Ninth

7    Circuit, this court is divested of jurisdiction to compel his deposition.  Joint Letter at 3-4 (citing

8    *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). As Objector recognizes,

9    *Griggs* held that a notice of appeal "confers jurisdiction on the court of appeals and divests the

10   district court *of its control over those aspects of the case involved in the appeal.*" 459 U.S. at 58

11   (emphasis added).  While a notice of appeal is "jurisdictional" to the extent it gives the court of

12   appeals jurisdiction to hear the appeal, it does not deprive the district court of jurisdiction over

13   aspects of the case not involved in the appeal. Thus, this court and others in this district have ruled

14   on discovery disputes such as this one even after a notice of appeal has been filed.  *See, e.g., Senne*

15   *v. Kansas City Royals Baseball Corp.*, No. 14-CV-00608-JCS, 2023 WL 3884634, at *1 (N.D.

16   Cal. June 7, 2023);  *In re Netflix Priv. Litig.*, No. 5:11-CV-00379-EJD, 2013 WL 6173772, at *5

17   (N.D. Cal. Nov. 25, 2013).

18        For these reasons, Isaacson is ORDERED to appear for an in-person deposition of  no

19   more than 3.5 hours on the record on March 18, 2025 in La Jolla, California to address his

20   relationship with his counsel, prior objections, and standing in this case.

21        **IT IS SO ORDERED.**

22

23   Dated:  February 5, 2025

24

25   JOSEPH C. SPERO
     United States Magistrate Judge

26

27

28

United States District Court
Northern District of California

2